IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Altonaga/O'Sullivan

DENNIS MONTGOMERY,

        Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT
PUBLISHING COMPANY, ET AL.

        Defendants.

_____/

**PLAINTIFF'S NOTICE OF WAIVER**

Plaintiff Dennis Montgomery, by and through undersigned counsel, has learned that Sanford Lewis Bohrer of the firm of Holland & Knight, LLP, located at 701 Brickell Ave, Suite 3000 Miami, FL 33131, will be entering an appearance in this case on behalf of the Defendants. Plaintiff hereby puts the Court on notice that he waives any perceived, apparent and/or actual conflict of interest with regard to Mr. Bohrer and Holland & Knight, LLP representing Defendants in this case before the Honorable Cecilia M. Altonaga.

Dated: March 9, 2015

                                    Respectfully submitted,

                                    */s/ Larry Klayman*
                                    Klayman Law Firm
                                    FL Bar No. 246220
                                    7050 W Palmetto Park Rd.
                                    Suite 15-287
                                    Boca Raton, FL 33433
                                    (310) 595-0800
                                    leklayman@gmail.com

                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 9th day of March, 2015, a true and correct copy of the foregoing Notice of Waiver (Case No. 15-cv-20782) was filed via CM/ECF and served upon the following via U.S. Mail:

JAMES RISEN
c/o The New York Times
1627 "I" Street N.W., Suite 700
Washington, D.C. 20006-4007

HOUGHTON MIFFLIN HARCOURT PUBLISHING
COMPANY
222 Berkeley Street
Boston, Massachusetts 02116

HMH HOLDINGS, INC.
222 Berkeley Street
Boston, Massachusetts 02116

            */s/ Larry Klayman*
            Larry Klayman, Esq.