UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20782-CIV-MARTINEZ-GOODMAN

DENNIS MONTGOMERY,

   Plaintiff,

vs.

RISEN, ET AL.,

   Defendant.
_____/

## NOTICE SETTING STATUS CONFERENCE

THIS CAUSE came before the Court upon Emergency Plaintiff's Motion for Status Conference [ECF No. 9], filed on March 24, 2015. It is

**NOTICED** that a status conference shall take place before United States District Judge Jose E. Martinez, at the United States Courthouse, 400 N. Miami Ave., Miami, Florida 33128 on **Thursday, April 2, 2015 at 10:30 a.m.** Counsel shall be prepared to address the issues raised in Emergency Plaintiff's Motion for Status Conference. This hearing shall not exceed thirty (30) minutes. The parties shall confer prior to the hearing to determine how to split the allotted time. If the parties are unable to agree on how to split the allotted time, the Court will decide how to split the allotted time.

DONE in Chambers at Miami, Florida, this day, this 25 day of March, 2015.

*Wanda Holston*
WANDA HOLSTON
COURTROOM DEPUTY

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record