IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez

DENNIS MONTGOMERY,

        Plaintiff,

v.

RISEN, ET AL.

        Defendants.
_____/

## SUPPLEMENT TO PLAINTIFF'S MOTION TO RESET EMERGENCY STATUS CONFERENCE

    Plaintiff, Dennis L. Montgomery, hereby files this supplement to his Motion to Reset Emergency Status Conference filed earlier today.

    Plaintiff has spoken with counsel for Defendants, Sandy Bohrer, who has indicated that he is available on April 14, 2015, for the status conference, should the Court reset it on that date.

Dated: March 25, 2015

        Respectfully submitted,

        */s/ Larry Klayman*
        Klayman Law Firm
        FL Bar No. 246220
        7050 W Palmetto Park Rd.
        Suite 15-287
        Boca Raton, FL 33433
        (310) 595-0800
        leklayman@gmail.com

        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of March, 2015, a true and correct copy of the foregoing Supplement to Motion to Reset Emergency Status Conference (Case No. 15-cv-20782) was filed via CM/ECF and served upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com


                                              */s/ Larry Klayman*
                                              Larry Klayman, Esq.