1 DAY



CYBERSECURITY
**Report: CIA Has Tried for Years to Break Into Apple Gear**
2 DAYS



SECURITY
**Googlers' Epic Hack Exploits How Memory Leaks Electricity**
2 DAYS