

# CYBERSECURITY
Cyberespionage Is a Top Priority for CIA's New Directorate
03.09.15

# GET THE MAGAZINE

Subscribe now to get 6 months for $5 - plus a FREE hat.

SUBSCRIBE

# FOLLOW US ON TWITTER

**21 MINS**

What's the secret to how chameleons change color? Nanocrystals wrd.cm/1wZi1GL

FOLLOW

SUBSCRIBE

| ADVERTISE | SITE MAP |
|---|---|
| PRESS CENTER | FAQ |
| CUSTOMER CARE | CONTACT US |
| NEWSLETTER | WIRED STAFF |

RSS

Use of this site constitutes acceptance of our user agreement (effective 3/21/12) and privacy policy (effective 3/21/12). Your California privacy rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé

3/12/2015 Case 1:15-cv-20782-JEM Report: Programmer Conned CIA, Pentagon Into Buying Bogus Anti-Terror Code | WIRED Page 3 of 3
Document 25-21 Entered on FLSD Docket 04/09/2015

Nast.