IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez

DENNIS MONTGOMERY,

        Plaintiff,

v.

RISEN, ET AL.

        Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Dennis Montgomery, pursuant to Federal Rule of Civil Procedure 7.1 and this Court's scheduling order (ECF No. 16., ¶ 6), through undersigned counsel, state the following:

The following persons, associated persons, firms, partnerships, or corporations have a financial interest in the outcome of this case:

1. Dennis Montgomery, an individual, Plaintiff
2. Larry Klayman, Attorney for Plaintiff
3. James Risen, an individual, Defendant
4. Houghton Mifflin Harcourt Publishing Company ("HMH"), Houghton Mifflin Harcourt Company ("HMHC"), and HMH Holdings, Inc., Defendants
5. Sanford Bohrer, Attorney for Defendants
6. Laura Handman, Attorney for Defendants
7. Micah Ratner, Attorney for Defendants
8. Brian Toth, Attorney for Defendants

9. Holland & Knight, LLP

10. Davis Wright Tremaine, LLP

Dated: April 16, 2015

          Respectfully submitted,

          */s/ Larry Klayman*
          Klayman Law Firm
          FL Bar No. 246220
          7050 W Palmetto Park Rd.
          Suite 15-287
          Boca Raton, FL 33433
          (310) 595-0800
          leklayman@gmail.com

          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2015, a true and correct copy of the foregoing (Case No. 15-cv-20782) was filed via CM/ECF and served upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com


                                                 */s/ Larry Klayman*
                                               Larry Klayman, Esq.