UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN et al.,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF SERVING DECLARATION OF MICHAEL F. KANE**

Defendants James Risen, Houghton Mifflin Harcourt Publishing Company, and Houghton Mifflin Harcourt Company (collectively, "Defendants") hereby serve as Exhibit A the Declaration of Michael F. Kane in support of and clarification to paragraph 6 of the Declaration of Laura Handman. ECF No. 25-1.

2

Dated: April 23, 2015                                      Respectfully submitted,


                                                       s/Brian W. Toth
Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

– and –

Laura R. Handman (admitted *pro hac vice*)
laurahandman@dwt.com
Micah J. Ratner (admitted *pro hac vice*)
micahratner@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C.  20006
Tel.: (202) 973-4200
Fax: (202) 973-4499

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I certify that on April 23, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

                                                       s/Brian W. Toth

#35360348_v1