UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS L. MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN, HOUGHTON MIFFLIN
HARCOURT PUBLISHING CO., HMH
HOLDINGS, INC.,

    Defendants.

_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants James Risen, Houghton Mifflin Harcourt Publishing Company, and Houghton Mifflin Harcourt Company, improperly sued as HMH Holdings, Inc. (collectively "Defendants"), through undersigned counsel, respectfully submit this Notice of Supplemental Authority. On April 9, 2015, Defendants filed their Special Motion to Dismiss the Complaint Under the D.C. Anti-SLAPP Statute ("Special Motion to Dismiss"). (ECF No. 26.) In Defendants' Special Motion to Dismiss, Defendants cited the district court opinion in *Abbas v. Foreign Policy Group* ("*Abbas*"). (ECF No. 26, at 7-8, 11, 12.) Defendants noted that the district court's decision in *Abbas* was on appeal. (*Id.* at 7-8 n.5.) Today, April 24, 2015, the D.C. Circuit panel in *Abbas* decided the appeal. *See Abbas v. Foreign Policy Grp.*, No. 13-7171, ECF No. 1549030 (D.C. Cir. Apr. 24, 2015). A true and correct copy of the decision is attached hereto as Exhibit 1.

1

Dated: April 24, 2015

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        By: s/ Sanford L. Bohrer
            Sanford L. Bohrer
            Brian W. Toth
            701 Brickell Avenue, Suite 3300
            Miami, Florida 33131
            Tel.: (305) 374-8500
            Fax: (305) 789-7799

        DAVIS WRIGHT TREMAINE LLP

        By: s/ Laura R. Handman
            Laura R. Handman (admitted *pro hac vice*)
            Micah J. Ratner (admitted *pro hac vice*)
            1919 Pennsylvania Ave., NW, Suite 800
            Washington, D.C. 20006
            Tel.: (202) 973-4200
            Fax: (202) 973-4499

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 24, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

        s/Sanford L. Bohrer