# EXHIBIT 15

Dennis Lee Montgomery  -  November 18, 2010

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:  Dennis and Kathleen )
Montgomery )
 )
Michael J. Flynn, )
 )
       Plaintiff, )
 )
       vs. ) Case No.: 2:10-bk-18510-bb
 )
Dennis Lee Montgomery and )
Brenda Kathleen Montgomery, )
 )
       Defendants. )
_____)

Videotaped Deposition of:   DENNIS LEE MONTGOMERY
Date:   November 18, 2010
Reported by:   Stephanie P. Borthwick
  C.S.R. No. 12088

Dennis Lee Montgomery   -   November 18, 2010

```
 1      Deposition of DENNIS LEE MONTGOMERY, taken on
 2   behalf of the Plaintiff, before Stephanie P.
 3   Borthwick, a Certified Shorthand Reporter,
 4   commencing at the hour of 9:20 a.m., Thursday,
 5   November 18, 2010, at the offices of Yates Court
 6   Reporters, 74967 Sheryl Avenue, Palm Desert,
 7   California.
 8   APPEARANCES:
 9      For the Plaintiff:
10          CONANT LAW, LLC
11          Attorneys at Law
12          BY:  CHRISTOPHER J. CONANT, ESQ.
13          730 17th Street
14          Suite 200
15          Denver, Colorado  80202
16          (303) 298-1800
17      For the Defendants:
18          DION-KINDEM & CROCKETT
19          Attorneys at Law
20          BY:  WILLIAM E. CROCKETT, ESQ.
21          LNR Warner Center
22          21271 Burbank Boulevard
23          Suite 100
24          Woodland Hills, California  91367-6667
25          (818) 883-4400
```

Dennis Lee Montgomery  -  November 18, 2010

| | |
|---|---|
| 1 | For the United States of America: |
| 2 | U.S. DEPARTMENT OF JUSTICE |
| 3 | CIVIL DIVISION |
| 4 | BY:  CARLOTTA P. WELLS, Senior Counsel |
| 5 | Federal Programs Branch |
| 6 | 20 Massachusetts Avenue, NW |
| 7 | Room 7150 |
| 8 | Washington, DC  20530 |
| 9 | (202) 514-4522 |
| 10 | Also Present: |
| 11 | Michael J. Flynn, Esq. |
| 12 | Sharon Raya, Paralegal to Ms. Wells |
| 13 | Tom (last name withheld), U.S. Government |
| 14 | Morgan (last name withheld), U.S. |
| 15 | Government |
| 16 | Videographer: |
| 17 | Jesse Navarro, Orravan Video Litigation |
| 18 | Services |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:10:26 | 1 | 2006. |
| | 2 | BY MR. CONANT: |
| | 3 | Q.  Mr. Montgomery, is that a truthful |
| | 4 | statement on your part? |
| 10:10:34 | 5 | MR. CROCKETT:  At what point in time, |
| | 6 | Counsel?  The question is vague and ambiguous. |
| | 7 | BY MR. CONANT: |
| | 8 | Q.  When you wrote it, Mr. Montgomery. |
| | 9 | MR. CROCKETT:  That also assumes facts not |
| 10:10:44 | 10 | in evidence. |
| | 11 | MR. CONANT:  I'm sorry, let me back up. |
| | 12 | Q.  When you signed this document, was this a |
| | 13 | truthful statement on your part? |
| | 14 | A.  I'm going to assert my right under the |
| 10:11:03 | 15 | Fifth Amendment. |
| | 16 | Q.  Mr. Montgomery, describe what this decoding |
| | 17 | program is and what you -- sorry. |
| | 18 | Describe what you mean on this line 1 by |
| | 19 | "decoding programs." |
| 10:11:30 | 20 | A.  I'm going to assert my right under the |
| | 21 | Fifth Amendment. |
| | 22 | Q.  Mr. Montgomery, describe what you mean on |
| | 23 | line 2, starting with the first full sentence on |
| | 24 | line 2, quote, "My source codes." |
| 10:11:41 | 25 | Please describe to me what "my source |

Page 57

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:11:48 | 1 | codes" refers to? |
| | 2 | A. I'm going to assert my right under the |
| | 3 | Fifth Amendment. |
| | 4 | Q. These, quote, unquote, "source codes," are |
| 10:11:56 | 5 | they not the same source codes that you identified |
| | 6 | on your bankruptcy schedules on -- and then turn |
| | 7 | back to -- we have Plaintiff's Exhibit 1, which is |
| | 8 | the bankruptcy schedules. |
| | 9 | MR. FLYNN: Did you read the whole thing |
| 10:12:21 | 10 | into the record? |
| | 11 | BY MR. CONANT: |
| | 12 | Q. All right. Before you answer that |
| | 13 | question, let me go back, Mr. Montgomery. |
| | 14 | A. Go back to what? |
| 10:12:43 | 15 | Q. We're going to go back to Plaintiff's |
| | 16 | Exhibit -- |
| | 17 | Stephanie, what Plaintiff's exhibit are we |
| | 18 | on right now? |
| | 19 | THE REPORTER: 3. |
| 10:12:55 | 20 | MR. CROCKETT: Are we marking the |
| | 21 | declaration? |
| | 22 | MR. CONANT: Yeah, start marking these |
| | 23 | things. |
| | 24 | Let me go -- can we go off the record here |
| 10:13:02 | 25 | for a second so I can get the exhibits straightened |

Page 58
YATES COURT REPORTERS    800.669.1866

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:14:57 | 1 | BY MR. CONANT: |
| | 2 | Q.   And please follow along, Mr. Montgomery. |
| | 3 | "I have provided the 'output' from my |
| | 4 | decoding programs without compensation to our |
| 10:15:07 | 5 | government in order to stop terrorist attacks and |
| | 6 | save American lives.  My source codes for this |
| | 7 | decoding technology which derives from my 'ODS' are |
| | 8 | what Trepp and several government officials were |
| | 9 | attempting to steal from me when they raided my |
| 10:15:23 | 10 | home. |
| | 11 | MR. FLYNN:  Did you ever create any source |
| | 12 | code that was used to stop terrorist attacks? |
| | 13 | BY MR. CONANT: |
| | 14 | Q.   Mr. Montgomery, have you ever created any |
| 10:15:37 | 15 | source code that was used to stop terrorist attacks? |
| | 16 | A.   I'm going to assert my right under the |
| | 17 | Fifth Amendment. |
| | 18 | MR. FLYNN:  All right. |
| | 19 | MR. CONANT:  I'm going to keep going. |
| 10:15:49 | 20 | Q.   All right.  Mr. Montgomery, turn with me |
| | 21 | back to Plaintiff's Exhibit No. 2. |
| | 22 | All right.  We'll go look at Request for |
| | 23 | Production No. 1 where you are requested to produce |
| | 24 | the source codes.  I'm going to hand you what will |
| 10:16:16 | 25 | be marked as Plaintiff's Exhibit No. -- |

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:41:42 | 1 | violate it, wouldn't I? |
| | 2 | Q. I would want you to answer the question. |
| | 3 | A. I just -- |
| | 4 | Q. Continue with your answer. |
| 10:41:49 | 5 | A. I've answered it. |
| | 6 | Q. Mr. Montgomery, for the record, the |
| | 7 | protective order -- |
| | 8 | MR. FLYNN: Don't go there. |
| | 9 | MR. CONANT: All right. |
| 10:41:57 | 10 | MR. FLYNN: Ask him if he gave -- |
| | 11 | MR. CONANT: Let me -- |
| | 12 | MR. FLYNN: -- very specific intelligence |
| | 13 | regarding decoding -- did he give that information. |
| | 14 | Did he give that information. |
| 10:42:13 | 15 | BY MR. CONANT: |
| | 16 | Q. Read with me, Mr. Montgomery, on page 4, |
| | 17 | line 21, beginning with the first full sentence. |
| | 18 | MR. FLYNN: This the Cheney office. |
| | 19 | BY MR. CONANT: |
| 10:42:23 | 20 | Q. "I gave the appropriate authorities within |
| | 21 | the U.S. Government accurate and very specific |
| | 22 | intelligence regarding this terrorist plot from my |
| | 23 | decoding software, as I have done in the past, weeks |
| | 24 | prior to the arrests by the London authorities -- |
| 10:42:35 | 25 | without compensation." |

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:42:38 | 1 | MR. FLYNN: Did you do that. |
| | 2 | BY MR. CONANT: |
| | 3 | Q.  Did you give -- did you give the U.S. |
| | 4 | Government this -- this very specific intelligence |
| 10:42:46 | 5 | that you're referring to here? |
| | 6 | A.  I'm going to assert my right under the |
| | 7 | Fifth Amendment. |
| | 8 | Q.  Isn't it true, Mr. Montgomery, that this, |
| | 9 | quote, unquote, "decoding software" that you |
| 10:42:58 | 10 | reference on line 22 is just a complete fraud? |
| | 11 | MR. CROCKETT: Hold it. |
| | 12 | Go ahead. |
| | 13 | THE WITNESS: I'm going to assert my right |
| | 14 | under the Fifth Amendment. |
| 10:43:14 | 15 | I couldn't hear Mr. Flynn's question. |
| | 16 | MR. CONANT: That's fine. I'll repeat it. |
| | 17 | THE WITNESS: Okay. |
| | 18 | BY MR. CONANT: |
| | 19 | Q.  Beginning on line 21, going to line 24 and |
| 10:43:22 | 20 | a half where you reference this very specific |
| | 21 | intelligence regarding the terrorist plot that you |
| | 22 | got from your decoding software regarding these |
| | 23 | arrests in London, isn't that the same information |
| | 24 | you and Edra Blixseth provided to a person within |
| 10:43:39 | 25 | Dick Cheney's office? |

Dennis Lee Montgomery - November 18, 2010

```
13:38:47   1   doing what he's doing and you're asking me
           2   questions.
           3       Q.   Mr. Montgomery --
           4       A.   I'm listening.
13:38:52   5       Q.   -- has Ms. Blixseth ever asked you to
           6   provide Blxware with any source code ever?
           7       A.   I don't recall.
           8       Q.   Isn't it true that you've never provided
           9   Blxware with any sort of source code?
13:39:05  10       A.   No.
          11       Q.   Isn't it true that the purpose of -- let me
          12   strike that.
          13            Were you trying -- I'm sorry.  Let me
          14   strike that.
13:39:25  15            When you were at Blxware was Blxware
          16   attempting to procure a hundred million dollar
          17   contract from the United States Government?
          18       A.   I'm going to assert my right under the
          19   Fifth Amendment.
13:39:36  20       Q.   Were you involved in trying to get a
          21   hundred million dollar contract from the
          22   United States Government?
          23       A.   Going to assert my right under the Fifth
          24   Amendment.
13:39:43  25       Q.   Didn't Blxware receive approximately
```

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 13:39:45 | 1 | $2.5 million from the United States Government, |
| | 2 | Mr. Montgomery? |
| | 3 | A.   I'm going to assert my right under the |
| | 4 | Fifth Amendment. |
| 13:39:52 | 5 | Q.   Wasn't that $2.5 million Blxware received |
| | 6 | paid as compensation to Blxware for fraudulent |
| | 7 | software? |
| | 8 | A.   I'm going to assert my right under the |
| | 9 | Fifth Amendment. |
| 13:40:04 | 10 | Q.   Isn't it true that Blxware never had any |
| | 11 | software that purported to do what Blxware was |
| | 12 | representing it would do to the United States |
| | 13 | Government? |
| | 14 | A.   I'm going to assert my right under the |
| 13:40:18 | 15 | Fifth Amendment. |
| | 16 | MR. CONANT:  All right.  I'm going to hand |
| | 17 | you what's going to be marked as Plaintiff's |
| | 18 | Exhibit 15. |
| | 19 | (Exhibit 15 was marked for identification.) |
| 13:40:35 | 20 | MR. CONANT:  If you can hand it back -- |
| | 21 | MR. CROCKETT:  Well, it's short and sweet. |
| | 22 | MR. CONANT:  Are you still looking at the |
| | 23 | email? |
| | 24 | MR. FLYNN:  Try to get me to -- |
| | 25 | /// |

Dennis Lee Montgomery  -  November 18, 2010

```
13:41:30   1   BY MR. CONANT:
           2       Q.   Mr. Montgomery, in approximately February
           3   of 2009, were you ever scheduled to have dinner with
           4   the Secret Service?
13:41:40   5       A.   Not that I recall.
           6            MR. FLYNN:  Was Edra.
           7   BY MR. CONANT:
           8       Q.   Was Edra Blixseth ever scheduled to have
           9   dinner with the Secret Service?
13:41:50  10       A.   I have no idea.
          11       Q.   Can you, Mr. Montgomery, tell me about any
          12   discussions you had with Edra Blixseth regarding the
          13   Blxware software?
          14       A.   What's the Blxware software?
13:42:05  15       Q.   Wasn't Blxware -- wasn't Blxware producing
          16   some form of software product?
          17       A.   Yes.
          18       Q.   And did you ever have discussions with Edra
          19   Blixseth regarding that software?
13:42:18  20       A.   Which specific piece of software are you
          21   referring to?
          22       Q.   Any software.
          23       A.   I'm sure at some point I must have.
          24       Q.   Was there any software that Blxware was
13:42:27  25   developing to decode Al-Jazeera communications?
```

Dennis Lee Montgomery  -  November 18, 2010

```
13:42:34   1       A.   I'm going to assert my right under the
           2   Fifth Amendment.
           3       Q.   Was there any software that Blxware was
           4   purporting to develop that was to be used to detect
13:42:38   5   terrorist attacks?
           6       A.   I'm going to assert my right under the
           7   Fifth Amendment.
           8       Q.   Now you chuckled there.
           9       A.   Well, because I'm tired of you making these
13:42:47  10   outrageous allegations against me.  It's really
          11   getting old.
          12            MR. FLYNN:  Then why are you taking the
          13   Fifth.
          14   BY MR. CONANT:
13:42:54  15       Q.   Then why are you taking the Fifth?
          16            THE WITNESS:  Is he asking me that or you,
          17   Mr. Flynn?
          18   BY MR. CONANT:
          19       Q.   It doesn't really matter.
13:43:01  20       A.   Yeah, it does.  I thought you were the
          21   people asking me the questions but he keeps trying
          22   to get me agitated and throw his weight around in
          23   this deposition and cause a problem.
          24       Q.   Mr. Montgomery, we're just trying to get to
13:43:13  25   the truth here and when -- so however we get to
```

Dennis Lee Montgomery - November 18, 2010

| | | |
|---|---|---|
| 13:51:07 | 1 | A. I didn't say either. |
| | 2 | Q. You didn't say either what? |
| | 3 | MR. FLYNN: That he didn't recall. |
| | 4 | THE WITNESS: Are you answering for me now? |
| 13:51:16 | 5 | MR. CROCKETT: Dennis. |
| | 6 | BY MR. CONANT: |
| | 7 | Q. Let's look at page 10, Plaintiff's Exhibit |
| | 8 | No. 3, paragraph 20. |
| | 9 | A. Yeah. |
| 13:51:23 | 10 | Q. By June, September -- "By June through |
| | 11 | September 2003 my ODS had attracted the interest |
| | 12 | of," redacted, "in connection with using Predator to |
| | 13 | detect and track specific al-Qaida operatives" -- |
| | 14 | A. Where are we? Where are we? I don't know |
| 13:51:42 | 15 | where we're at. |
| | 16 | MR. CROCKETT: I don't either. |
| | 17 | BY MR. CONANT: |
| | 18 | Q. Page 10, paragraph 20. |
| | 19 | A. Okay. Sorry. |
| 13:51:47 | 20 | Got it. |
| | 21 | Q. Paragraph entitled "Tracking al-Qaida, |
| | 22 | USSOCOM and" blank. |
| | 23 | A. Yeah. |
| | 24 | Q. "By June through September 2003 my ODS had |
| 13:51:55 | 25 | attracted the interest of," blank, "and USSOCOM in |

Page 199

Dennis Lee Montgomery   -   November 18, 2010

| | | |
|---|---|---|
| 13:52:02 | 1 | connection with using Predator to detect and track |
| | 2 | specific al-Qaida operatives in the field, including |
| | 3 | al-Zarqawi, and specific objects related to him, |
| | 4 | such as cars and vans with live video feeds encoded |
| 13:52:14 | 5 | and scanning for objects and people in real time. |
| | 6 | "My object tracking was placed on a |
| | 7 | specific number of DV laptops and used by SOCOM |
| | 8 | and," blank, "in the field. I interacted on a |
| | 9 | regular basis with these operatives in the |
| 13:52:28 | 10 | connection with the use and application of my |
| | 11 | technology. |
| | 12 | "Special servers were installed in the POC, |
| | 13 | Predator Operation Command, at Nellis Air Force Base |
| | 14 | and at Fort Bragg to look for, detect and track |
| 13:52:40 | 15 | specific objects which were, in fact, positively |
| | 16 | identified." |
| | 17 | Now is that true? Is that a true |
| | 18 | statement, Mr. Montgomery, that you -- |
| | 19 | MR. FLYNN: -- had the technology that did |
| 13:52:51 | 20 | that. |
| | 21 | BY MR. CONANT: |
| | 22 | Q.  -- that you had the technology that did |
| | 23 | that? |
| | 24 | A.  It's very distracting when Mr. Flynn does |
| 13:52:56 | 25 | that and it's very hard to keep focused on your |

Page 200

Dennis Lee Montgomery - November 18, 2010

| | | |
|---|---|---|
| 13:53:01 | 1 | question when he keeps interrupting it and adding |
| | 2 | his piece in the middle of it. |
| | 3 | Q.  Okay.  Do you need to read line 13 through |
| | 4 | to 20 again? |
| 13:53:07 | 5 | A.  I read it. |
| | 6 | I'm going to assert my right under the |
| | 7 | Fifth. |
| | 8 | I'm going to assert my right, Mr. Flynn, |
| | 9 | under the Fifth. |
| 13:53:16 | 10 | MR. FLYNN:  Okay. |
| | 11 | MR. CONANT:  All right.  All right. |
| | 12 | All right.  I'm going to hand you -- hand |
| | 13 | the reporter, what's going to be marked as |
| | 14 | Plaintiff's Exhibit No. -- |
| 13:53:42 | 15 | THE REPORTER:  17. |
| | 16 | MR. CONANT:  -- 17. |
| | 17 | (Exhibit 17 was marked for identification.) |
| | 18 | THE WITNESS:  Thank you. |
| | 19 | BY MR. CONANT: |
| 13:54:11 | 20 | Q.  All right.  Mr. Montgomery, I've handed you |
| | 21 | what's been marked Plaintiff's Exhibit No. 17.  This |
| | 22 | is an employment -- well, the first page, purports |
| | 23 | to be an email from Patricia Yarborough to Jory |
| | 24 | Russell says, "Hi, Jory.  Here's Dennis's employment |
| 13:54:29 | 25 | agreement.  Let me know if you need anything else." |

Page 201

Dennis Lee Montgomery  -  November 18, 2010

| | |
|---|---|
| 14:29:23 | 1   THE WITNESS: It's what your version is. |
| | 2   MR. FLYNN: I know you conned me and you |
| | 3   conned the U.S. Government. You conned Edra |
| | 4   Blixseth to an extent. You're a computer hacker and |
| 14:29:29 | 5   you're a fraud, Mr. Montgomery. |
| | 6   THE WITNESS: You're outrageous, Mr. Flynn. |
| | 7   You're outrageous. |
| | 8   MR. CROCKETT: Dennis, let's get through |
| | 9   this. |
| 14:29:37 | 10   MR. FLYNN: And you conned me, sir, that's |
| | 11   why we're here. |
| | 12   THE WITNESS: Yeah. No, it isn't. |
| | 13   Okay. I don't know if there was a question |
| | 14   on the table. |
| 14:29:48 | 15   MR. CROCKETT: There isn't. |
| | 16   BY MR. CONANT: |
| | 17   Q.   Let's flip to Tab No. 3. Mr. Montgomery, |
| | 18   let's take a break from the bank statement for a |
| | 19   second. |
| 14:30:07 | 20   You recall signing a confession of judgment |
| | 21   where you -- a couple of confessions of judgment in |
| | 22   connection with the Nevada litigation? |
| | 23   A.   I'm going to assert my right under the |
| | 24   Fifth. |
| 14:30:20 | 25   Q.   It's a public document, Mr. Montgomery. Do |

Page 230

Dennis Lee Montgomery - November 18, 2010

```
15:15:04   1        A.   I don't recall.
           2        Q.   Generally speaking, did it have to do with
           3   software?
           4        A.   I don't recall.
15:15:10   5             MR. FLYNN:  Was it encoding --
           6   BY MR. CONANT:
           7        Q.   Was it the decoding software for the
           8   Al-Jazeera transmissions that were contemplated as
           9   part of this agreement, Mr. Montgomery?
15:15:22  10        A.   I don't recall.
          11        Q.   You just don't recall.
          12        A.   That's correct.
          13             MR. CROCKETT:  There wasn't a question.
          14   BY MR. CONANT:
15:15:27  15        Q.   So in front of -- okay.
          16             MR. FLYNN:  At the time did that decoding
          17   software even exist.
          18   BY MR. CONANT:
          19        Q.   At the time that you entered into this
15:15:37  20   agreement did the decoding software even exist?
          21        A.   And I invoke my right under the Fifth.
          22        Q.   Did you ever satisfy your obligations under
          23   this agreement, Mr. Montgomery?
          24             MR. CROCKETT:  Well, that calls for a legal
15:15:54  25   conclusion.  There are multiple obligations set
```

Page 273

YATES COURT REPORTERS    800.669.1866

Dennis Lee Montgomery - November 18, 2010

```
 1
 2                    CERTIFICATE
 3                        OF
 4            CERTIFIED SHORTHAND REPORTER
 5
 6        I, Stephanie P. Borthwick, Certified
 7   Shorthand Reporter of the State of California, do
 8   hereby certify:
 9        That the foregoing deposition was taken
10   before me at the time and place therein set forth,
11   at which time DENNIS LEE MONTGOMERY was duly sworn
12   by me;
13        That the testimony of the witness and all
14   objections made at the time of the examination were
15   recorded stenographically by me and thereafter
16   transcribed, said transcript being a true copy of my
17   shorthand notes thereof, and a true record of the
18   testimony given by the witness.
19        In witness whereof, I have subscribed my
20   name this date: December 7th, 2010.
21
22
23                    _____
24                    STEPHANIE P. BORTHWICK, CSR
25                    Certificate No. 12088
```