1 DAY



CYBERSECURITY

Report: CIA Has Tried for Years to Break Into Apple Gear

2 DAYS



SECURITY

Googlers' Epic Hack Exploits How Memory Leaks Electricity

2 DAYS



# CYBERSECURITY
Cyberespionage Is a Top Priority for CIA's New Directorate
03.09.15

# GET THE MAGAZINE

Subscribe now to get 6 months for $5 - plus a FREE hat.

SUBSCRIBE

# FOLLOW US ON TWITTER

**21 MINS**

What's the secret to how chameleons change color? Nanocrystals wrd.cm/1wZi1GL

FOLLOW

SUBSCRIBE

| ADVERTISE | SITE MAP |
|---|---|
| PRESS CENTER | FAQ |
| CUSTOMER CARE | CONTACT US |
| NEWSLETTER | WIRED STAFF |

RSS

Use of this site constitutes acceptance of our user agreement (effective 3/21/12) and privacy policy (effective 3/21/12). Your California privacy rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé

Nast.