UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN et al.,

    Defendants.

_____/

**DEFENDANTS' NOTICE REGARDING EXHIBIT 18
TO THE DECLARATION OF LAURA HANDMAN**

On May 15, 2015, Defendants filed their Motion to Dismiss or Transfer. ECF No. 52. In support, Defendants submitted the declaration of Laura Handman, ECF No. 52-2, to which 27 exhibits were attached. Exhibit 18, which may be accessed at ECF No. 52-21, contains an incorrect cover sheet. The cover sheet states Exhibit 7, but it should state Exhibit 18.

2

Dated: May 19, 2015                                              Respectfully submitted,

                                                  s/Brian W. Toth
Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

– and –

Laura R. Handman (admitted *pro hac vice*)
laurahandman@dwt.com
Micah J. Ratner (admitted *pro hac vice*)
micahratner@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C.  20006
Tel.: (202) 973-4200
Fax: (202) 973-4499

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

     I certify that on May 19, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

                                                  s/Brian W. Toth

#35597694_v1