UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-20782-CIV-MARTINEZ/GOODMAN**

DENNIS L. MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN, et al. ,

    Defendants.

_____/

**POST DISCOVERY HEARING ORDER**

This Cause is before the Undersigned on the parties' apparent dispute over the scheduling of a deposition raised in Plaintiff's Notice of Hearing filed on June 4, 2015. [ECF No. 69]. The Court held a hearing on June 5, 2015 to address the issue. [ECF No. 72]. At the hearing however, it became apparent that the matter *did not* require the intervention of the Court, because, despite the parties contentions to the contrary, a mutually agreeable date to hold the deposition of Defendant James Risen did exist. Accordingly, Plaintiff's deposition of Defendant James Risen shall take place on June 19, 2015 in the Washington D.C. office of defense counsel Laura R. Handman.

In the future, the parties are advised that such disputes should *actually be at an impasse* before being brought before the Court. Furthermore, the Court's Discovery Calendar is not intended to be for the micromanaging of parties' scheduling issues, as

simple disputes over the setting of exact dates for depositions are best dealt with through reasonable dialogue among the counsel for the litigants.

**DONE AND ORDERED** in Chambers, at Miami, Florida, June 8, 2015.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Hon. Jose E. Martinez
All counsel of record