IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez/Goodman

DENNIS MONTGOMERY,

    Plaintiff,

v.

RISEN, ET AL.

    Defendants.

_____/

## SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' BLANKET PROTECTIVE ORDER

    On July 8, 2015 Plaintiff submitted his opposition to Defendants' Blanket Protective Order. Within footnote 2 of this opposition, Plaintiff indicated that he would be supplementing the opposition with a transcript from a recent hearing within the U.S. District Court for the Southern District of Florida, which underscores the principle that the court systems are meant to be open and transparent. Attached as Exhibit 1 to this supplement is the transcript that was indicated in Plaintiff's Opposition, and on page 6 of this transcript is where Magistrate Judge Dave Lee Brannon describes the policy of the U.S. District Court for the Southern District of Florida towards transparency. The Magistrate Judge described as follows: "Our next topic deals with the sealing of documents. As you know, that is the exception and not the rule. Every Court requires substantial reasons to support any request to seal." *Id.* at p. 6.

Dated: July 10, 2015

                                                                 Respectfully submitted,
                                                                 /s/ *Larry Klayman*
                                                                 Larry Klayman, Esq.

Florida Bar No. 246220
7050 W Palmetto Park Rd. #15-287
Boca Raton, FL 33433
(310) 595-0800
leklayman@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s):

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for Defendants*

                                          /s/ *Larry Klayman*
                                          Larry Klayman, Esq.