**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 15-cv-20782-Martinez-Goodman

DENNIS MONTGOMERY,

               Plaintiff,

v.

RISEN, ET AL.

               Defendants.

_____/

**SUPPLEMENTAL NOTICE OF HEARING BEFORE**
**MAGISTRATE JUDGE JONATHAN GOODMAN**

       Plaintiff, Dennis Montgomery, hereby gives notice that the issue of compelling Mr.

Risen's answers to questions asked at his deposition, most notably regarding the 20,000

documents Defendants and their counsel received and reviewed from Michael Flynn, Plaintiff's

former counsel, many of which contained attorney client privileged and work product

information and communications, will be heard during the hearing that has been set before the

Honorable Jonathan Goodman on Friday, August 21, 2015 at 3:30 p.m. E.D.T.

       Pursuant to S.D. Fla. L. R. 7.1 (A)(3), Plaintiff hereby certifies in good faith that the

parties met and conferred regarding this discovery dispute and a reasonable effort was made to

resolve this issue however the parties were unable to reach an agreement.

Dated: August 17, 2015

                        Respectfully Submitted,

                        */s/ Larry Klayman*
                        Larry Klayman, Esq.
                        FL Bar No. 246220
                        7050 W Palmetto Park Rd.

Suite 15-287
Boca Raton, FL 33433

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August 2015, a true and correct copy of the foregoing was served via email and U.S. Mail upon the following:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for Defendants*

/s/ Larry Klayman
Larry Klayman, Esq.

3