UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

       Plaintiff,

v.

JAMES RISEN et al.,

       Defendants.

_____/

**DEFENDANTS' NOTICE OF HEARING**

In accordance with the Court's Discovery Procedures, ECF No. 48, Defendants James Risen, Houghton Mifflin Harcourt Publishing Company ("HMH"), and Houghton Mifflin Harcourt Company ("HMHC") (collectively, "Defendants"), hereby give notice that a hearing will be held before U.S. Magistrate Judge Jonathan Goodman on September 11, 2015, at 5:30 p.m. The discovery matter to be heard concerns Defendants' objections to Plaintiff's seeking to depose Linda K. Zecher, the "President, Chief Executive Officer and Director of Houghton Mifflin Harcourt"; William Bayers, the "Executive Vice President and General Counsel of Houghton Mifflin Harcourt"; and HMHC, "Orlando Office." The discovery matter to be heard also concerns Plaintiff's seeking to depose the 30(b)(6) representatives of HMH and HMHC with regard to matters 8 and 9 listed on Exhibit A to each of HMH's and HMHC's deposition notices.

**Certificate of Good-Faith Conference;**
**Conferred but Unable to Resolve the Issues Presented in the Motion**

In accordance with Local Rule 7.1(a)(3)(A), the undersigned certifies that Defendants' counsel has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues but has been unable to resolve the issues.

s/Brian W. Toth_____

Dated: September 1, 2015            Respectfully submitted,

           s/Brian W. Toth
           Sanford L. Bohrer
           Florida Bar No. 160643
           sbohrer@hklaw.com
           Brian W. Toth
           Florida Bar No. 57708
           brian.toth@hklaw.com
           HOLLAND & KNIGHT LLP
           701 Brickell Avenue, Suite 3300
           Miami, Florida 33131
           Telephone: (305) 374-8500
           Fax: (305) 789-7799

           – and –

           Laura R. Handman (admitted *pro hac vice*)
           laurahandman@dwt.com
           Micah J. Ratner (admitted *pro hac vice*)
           micahratner@dwt.com
           DAVIS WRIGHT TREMAINE LLP
           1919 Pennsylvania Ave., NW, Suite 800
           Washington, D.C.  20006
           Tel.: (202) 973-4200
           Fax: (202) 973-4499

           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

           s/Brian W. Toth