UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20782-CIV-MARTINEZ-GOODMAN

DENNIS L. MONTGOMERY,

    Plaintiff,

vs.

JAMES RISEN, an individual, HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and HMH HOLDINGS, INC.,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO SEAL

THIS CAUSE came before the Court upon Defendants' Unopposed Motion to Seal [ECF No. 117]. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that the Clerk shall file the exhibit to the Notice [ECF No. 118-1] containing deposition excerpts, and the unredacted Notice that refers to the exhibit [ECF No. 118], under seal.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of September, 2015.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record

