# Exhibit 1



Voter Registration as of: 4/7/2015    Republican: 4,183,006    Democrat: 4,613,370    Other: 3,212,454    Total: 12,008,830

## Check Your Voter Status
## Verifique su estado como votante

Below is your voter information as it appears on your voter record.

A continuación encontrará sus datos de votante según nuestros registros.

**Full Name**
Nombre completo : **DENNIS LEE MONTGOMERY**

**Street Address**
Dirección : ▮▮▮▮▮▮▮▮▮▮

**City**
Ciudad : **MIAMI**

**Zip Code**
Código postal : ▮▮▮▮▮

**County Name**
Condado : **MIAMI-DADE**

**Voter Gender**
Género del votante : **Male**

**Date Of Registration**
Fecha de inscripción : **02/23/2015**

**Party**
Partido : **Republican Party Of Florida**

**Voter Status**
Calificación como votante : **Active\***

The following 2 links will take you to your County's Supervisor of Elections Website where you can get additional information on:

Los siguientes dos vínculos lo conectarán con el Sitio de su Supervisor de Elecciones del Condado para obtener información sobre:

- Your Absentee Ballot Status. / Estado como votante en ausencia.
- Your Precinct Location. / Localización de su Distrito.

\*An active voter refers to a registered voter who is eligible to vote.
\*El votante activo es un votante inscripto en el padrón, que cumple con los requisitos necesarios para votar.

[ New Search / Nueva búsqueda ]

If you are experiencing a problem with this web site please email BVRS Help for assistance.
Si tiene problemas con esta página web por favor contáctese por correo electrónico BVRS Help con la División de Elecciones.

Florida Department of State | Division of Elections | Accessibility | Privacy Policy | Contact Us