UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

        Plaintiff,

v.

JAMES RISEN et al.,

        Defendants.

_____/

**NOTIFICATION OF NINETY DAYS EXPIRING**

As required by Local Rule 7.1(b)(4), Defendants James Risen ("Risen"), Houghton Mifflin Harcourt Publishing Company ("HMH"), and Houghton Mifflin Harcourt Company ("HMHC"), improperly sued as HMH Holdings, Inc., (collectively "Defendants") state as follows:

    1.    On May 15, 2015, Defendants filed a Motion to Dismiss or Transfer for Lack of Personal Jurisdiction Over Risen and HMHC, and as to all Defendants, a Motion to Dismiss or Transfer for Improper Venue, to Transfer Under 28 U.S.C. § 1404(a), or to Dismiss for Failure to State a Claim (the "Motion to Dismiss or Transfer"). ECF No. 52.

    2.    On June 1, 2015, Plaintiff Dennis Montgomery filed a Memorandum of Law in Opposition to the Motion to Dismiss or Transfer. ECF No. 63.

    3.    On June 11, 2015, Defendants filed their Reply in Support of the Motion to Dismiss or Transfer. ECF No. 77.

    4.    No hearing has been held on the Motion to Dismiss or Transfer.

5.	This Notification of Ninety Days Expiring is being filed within fourteen days of the expiration of the applicable ninety-day period.

Dated:  September 15, 2015

Respectfully submitted,

s/Brian W. Toth
Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

– and –

Laura R. Handman (admitted *pro hac vice*)
laurahandman@dwt.com
Micah J. Ratner (admitted *pro hac vice*)
micahratner@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C.  20006
Tel.: (202) 973-4200
Fax: (202) 973-4499

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I certify that on September 15, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

s/Brian W. Toth