UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

      Plaintiff,

v.

JAMES RISEN et al.,

      Defendants.
_____/

**DEFENDANTS' NOTICE OF HEARING**

      In accordance with the Court's Discovery Procedures, ECF No. 123, Defendants James Risen, Houghton Mifflin Harcourt Publishing Company ("HMH"), and Houghton Mifflin Harcourt Company ("HMHC"), improperly sued as HMH Holdings, Inc. (collectively, "Defendants"), hereby give notice that a hearing will be held before U.S. Magistrate Judge Jonathan Goodman on October 16, 2015, at 4:30 p.m. In accordance with Federal Rule of Civil Procedure 37(b), Defendants seek an order sanctioning Plaintiff for failing to comply with paragraphs 5 and 6 of the Court's Post-Discovery Hearing Order. ECF No. 107.

**Certificate of Good-Faith Conference;
Conferred but Unable to Resolve the Issues Presented in the Motion**

      In accordance with Local Rule 7.1(a)(3)(A), the undersigned certifies that Defendants' counsel has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues but has been unable to resolve the issues.

      s/Brian W. Toth

Dated: September 28, 2015						Respectfully submitted,

                    s/Brian W. Toth
                    Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

– and –

Laura R. Handman (admitted *pro hac vice*)
laurahandman@dwt.com
Micah J. Ratner (admitted *pro hac vice*)
micahratner@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 973-4200
Fax: (202) 973-4499

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I certify that on September 28, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

                    s/Brian W. Toth