IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DENNIS L. MONTGOMERY

                Plaintiff,

v.

JAMES RISEN, ET AL.,

                Defendants.

Civil Action No. 1:15-cv-20782-JEM

**PLAINTIFF'S SUPPLEMENT TO OBJECTION TO LIMITED PORTIONS OF MAGISTRATE JUDGE'S POST-DISCOVERY HEARING ORDER**

Plaintiff hereby supplements his Objection To Limited Portions Of Magistrate Judge's Post-Discovery Hearing Order (Docket No. 143) with the attached notices of depositions.  *See* Exhibit 1.  The notices of depositions referred to in Plaintiff's motion are attached hereto for the Court's consideration and convenience in making its' ruling. The motion references the paragraphs of the notices of deposition at issue.

Dated: September 30, 2015

                                                      Respectfully Submitted,

                                                        */s/ Larry Klayman*
                                                     Larry Klayman, Esq.
                                                     FL Bar No. 246220
                                                     The Klayman Law Firm
                                                     7050 W Palmetto Park Rd.
                                                     Suite 15-287
                                                     Boca Raton, Florida 33433

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this September 30, 2015 a true and correct copy of the foregoing was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP Suite 3000
701 Brickell Ave Miami, Florida 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com
*Attorneys for Defendants*

                                  */s/ Larry Klayman*
                                  Larry Klayman, Esq.