# United States District Court
## Southern District of Florida

Case Number: *15-20782 CV JEM*

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must *not* be placed in the "chron file".

Documents Retained in Supplemental Case Files (Scanned or ~~Not Scanned~~)

Civil Case Documents
- ___ • Handwritten documents/pleadings (i.e., pro se)
- ✓ • Poor quality scanned images
- ___ • Photographs
- ___ • CD, DVD, VHS tapes, cassette tapes
- ___ • Surety bonds
- ___ • Exhibits that cannot be scanned (e.g., objects)
- ___ • Bound extradition papers
- ___ • Jury verdict
- ___ • Jury notes (unredacted)
- ___ • Jury selection materials (seating charts, challenges, etc.)

Criminal Case Documents
- ___ • Handwritten documents/pleadings (i.e., pro se)
- ___ • Poor quality scanned images
- ___ • Photographs
- ___ • CD, DVD, VHS Tape, Cassette Tapes
- ___ • Bond documentation
- ___ • Exhibits that cannot be scanned (e.g., objects)
- ___ • Indictments
- ___ • Arrest warrants
- ___ • Jury verdict
- ___ • Jury notes (unredacted)
- ___ • Jury selection materials (seating charts, challenges, etc.)

Date: *10/22/2015*

Revised: 8/20/2012