IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez-Goodman

DENNIS MONTGOMERY,

        Plaintiff,

v.

RISEN, ET AL.

        Defendants.

_____/

## PRAECIPE

On October 28, 2015, Defendants filed their "Memorandum Of Law In Support Of Their Motion For Sanctions" (Docket No. 166)("Memorandum").[1] Plaintiff construes this memorandum as a motion under Rule 7.1 of the Local Rules for the Southern District of Florida. As such, Plaintiff construes a fourteen (14) day response time to respond to this motion. If the Magistrate Judge requires a different response time, Plaintiff respectfully requests that the Magistrate Judge so inform Plaintiff.

Dated: November 2, 2015

                                          Respectfully submitted,

                                          */s/ Larry Klayman*
                                          Klayman Law Firm
                                          FL Bar No. 246220
                                          7050 W Palmetto Park Rd.
                                          Suite 15-287

---

[1] Plaintiff has also respectfully filed two objections regarding the alleged software at issue in the Magistrate Judge's orders of August 22, 2015 and October 19, 2015. *See* Docket Nos. 125 and 164.

2

        Boca Raton, FL 33433
        (310) 595-0800
        leklayman@gmail.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 2nd day of November, 2015, a true and correct copy of the foregoing (Case No. 15-cv-20782) was filed via CM/ECF and served upon the following:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

                    */s/ Larry Klayman*
                    Larry Klayman, Esq.