# EXHIBIT 2

CASE NO. 2:07-cv-02513-GMS

Manuel de Jesus Ortega Melendres, et al.

VS. Joseph M. Arpaio, et al.

PLAINTIFF'S EXHIBIT 2531

DATE: _____ IDEN.

DATE: _____ EVID.

   BY: _____
           Deputy Clerk

Jerry Sheridan - SHERIFFX

| | |
|---|---|
| From: | Brian Mackiewicz - SHERIFFX |
| Sent: | Friday, November 14, 2014 7:50 AM |
| To: | Jerry Sheridan - SHERIFFX |
| Subject: | FW: Response |
| Attachments: | Certification_of_Examination_of_Data_13Nov2014.pdf; ATT00001.htm |

Chief,

The written report from the three guys from the NSA regarding the information Dennis provided us. Interesting read.

Detective Brian Mackiewicz #1227
Maricopa County Sheriff's Office
Special Investigation Division
Threat Management Unit
Office: (602) 876-3236

From: Thomas Drake [mailto:tadrake@earthlink.net]
Sent: Friday, November 14, 2014 6:32 AM
To: Brian Mackiewicz - SHERIFFX
Subject: Response

Brian,

Good morning!

Kirk Wiebe and I are providing you a summary (attached) of our data and information analysis of alleged "key data" designed to prove the source's case.

We have found that he is a complete and total FRAUD.

All he has done is provide you with readily available lists of email addresses, names, phone number of both individuals and businesses and a lot of framed up information, data and code BUT NO PROOF OF WHENCE THEY CAME and a whole lot of faked and made up documents and analysis.

-Tom

9/15/15 EXH #2531
WITNESS Sheridan
PAMELA A. GRIFFIN, RPR, CRR
CERTIFIED COURT REPORTER #50010

MELC198093

November 13, 2014

To Whom It May Concern –

On 6 November 2014, at 1390 Alison Court, Westminster, MD 21158, J. Kirk Wiebe and Thomas A. Drake, both former employees of the National Security Agency, and each having many years of experience in the matter of data analysis for intelligence production purposes, met with investigator Mike Zullo and detective Brian Mackiewicz of the Maricopa County (AZ) Sheriff's Office to examine certain data alleged to reflect partial results of the clandestine collection of a large volume of email and telephone communications and document files obtained from commercial networks and private databases of targeted organizations during the mid-2000's from a point in the state of Maryland. Mr. Zullo and Mr. Mackiewicz have stated that the data originated with Dennis Montgomery, a subject of an on-going Maricopa Sheriff's investigation.

Mr. Wiebe and Mr. Drake examined the content of approximately 45 high-capacity external computer drives to ascertain whether any of the data stored on the drives would reflect or otherwise reveal operations involving clandestine access to, and collection of, raw data from major network lines (or any other source) carrying or storing a variety of modern packet-based and digital communications such as email or telephone calls or other electronically-based accounts belonging to American users.

The data examined consists of lists of the communications addresses of individuals, companies, and organizations located at various addresses within the United States. The drives also contain a high volume of recordings of the Al Jazeera television network. Mr. Wiebe and Mr. Drake also found and examined common Microsoft operating system files, as well as a number of proprietary and open-source multi-media application files.

Among the alleged applications examined were three purported C code files allegedly associated with the NSA's THIN THREAD and TRAILBLAZER programs. Upon analyzing the format and caveats associated with these particular programs and other data allegedly coming from classified sources, Mr. Wiebe and Mr. Drake encountered non-conventional coding formats and classification caveats not resembling typical government practice. In fact, the three code files were actually fake and framed to look like real code but crudely cut and pasted from snippets of existing code made up from standard code buffer routines, video device processing code and Active X lookup and browser code. Comments were not in the proper syntax or followed standard naming conventions and were clearly and simply manufactured to make them look real. For example, one of the files had a comment section noting the TRAILBLAZER program from the 2009-2010 timeframe when TRAILBLAZER was abandoned at NSA in 2006. In

MELC198094

summary, these wholly fake files did not consist of actual software code from any of the NSA programs noted.

Finally, Mr. Wiebe and Mr. Drake examined printed materials allegedly written by officials of the U.S. Government, in particular the CIA and other organizations. Again, there is was no evidence suggestion or revealing that the documents examined came from any sensitive source or were obtained through sensitive access methods involving specific software and relevant metadata that would enable the collection and processing of network-based or stored data.

We in particular note the complete lack of raw data files (or any other supporting evidence in the files provided) that would be expected, if such data had been harvested through clandestine access to digital information.

In summary, this letter certifies, that to the best of Mr. Wiebe's and Mr. Drake's knowledge, none of the data examined reveals or otherwise supports the assertion that the data contained on the hard drives examined resulted from the clandestine collection and processing of modern digital network communications and is instead, evidence of an outright and fraudulent con perpetrated on the government for personal gain and cover.

Signed,

_J. Kirk Wiebe_                                    _Thomas A. Drake_

J. Kirk Wiebe                                       Thomas A. Drake

Date: November 13, 2014

MELC198095