IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez-Goodman

DENNIS MONTGOMERY,

        Plaintiff,

v.

RISEN, ET AL.

        Defendants.
_____/

## PLAINTIFF'S SUPPLEMENT TO MOTION FOR EXTENSION OF TIME TO RESET DISCOVERY DEADLINE

Plaintiff, Dennis Montgomery, hereby supplements his Motion for Extension of Time to Reset Discovery Deadline which was filed on November 17, 2015 (Docket No. 181), by advising the Court that Plaintiff has been forced to file motions to compel and motions for order to show cause before the U.S. District Court for the Central District of California filed on November 12, 2015 and the U.S. District Court for the Southern District of New York filed on November 12, 2015 with regard to deponents who have relevant, probative, and material information concerning this case. Attached as Exhibits 1 and 2 and incorporated by reference are the memoranda and exhibits filed within these courts. The earliest the Central District of California could set a hearing is December 3, 2015, and the earliest hearing available in the Southern District of New York was on December 1, 2015. Plaintiff has moved expeditiously to enforce the subpoenas but Defendants have worked in concert with deponents to delay the enforcement.

Plaintiff fully expects his motions will be granted, in whole or in part, and that all requested testimony and documents will be received by Plaintiff. Plaintiff wants to put the Court on notice that once these motions are granted Plaintiff will expeditiously obtain the requested

testimony and documents for use at trial as these deponents are located outside the jurisdiction of this Court. To not be able to obtain this testimony, which is of crucial importance, will work great prejudice on Plaintiff.

Dated: November 19, 2015

                                                              Respectfully submitted,

                                                              */s/ Larry Klayman*
                                                              Larry Klayman
                                                              Klayman Law Firm
                                                              FL Bar No. 246220
                                                              7050 W Palmetto Park Rd.
                                                              Suite 15-287
                                                              Boca Raton, FL 33433
                                                              (310) 595-0800
                                                              leklayman@gmail.com

                                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2015, a true and correct copy of the foregoing was served via email and U.S. Mail upon the following:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for Defendants*

                                                */s/ Larry Klayman*
                                                Larry Klayman, Esq.