UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN et al.,

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

As required by the Court's order of September 10, 2015, ECF No. 131, Plaintiff and Defendants hereby give notice that they have selected as a mediator John S. Freud of Mediation Solutions, Inc., Museum Tower, 150 West Flagler Street, Suite 2700, Miami, Florida 33130.

Dated: November 23, 2015

Respectfully submitted,

s/Larry Klayman
Larry Klayman
Florida Bar No. 246220
leklayman@gmail.com
7050 W. Palmetto Park Road #15-287
Boca Raton, Florida 33433
Telephone: (310) 595-0800

*Counsel for Plaintiff*

s/Brian W. Toth
Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP


        701 Brickell Avenue, Suite 3300
        Miami, Florida 33131
        Telephone: (305) 374-8500
        Fax: (305) 789-7799

        – and –

        Laura R. Handman (admitted *pro hac vice*)
        laurahandman@dwt.com
        Micah J. Ratner (admitted *pro hac vice*)
        micahratner@dwt.com
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Ave., NW, Suite 800
        Washington, D.C.  20006
        Tel.: (202) 973-4200
        Fax: (202) 973-4499

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 23, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

        s/Brian W. Toth

#37889661_v1