UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN et al.,

    Defendants.

_____/

**AMENDED NOTICE OF SELECTION OF MEDIATOR**

On November 23, 2015, Plaintiff and Defendants gave notice that they selected as a mediator John S. Freud. Mr. Freud is unavailable to mediate this action within the mediation-completion date. The Parties have thus selected as a mediator John M. Barkett, who will mediate this action at 9:00 a.m. on January 13, 2016, at Holland & Knight LLP, 701 Brickell Avenue, Suite 3300, Miami, Florida 33131.

Dated: December 4, 2015

    Respectfully submitted,

    s/Larry Klayman
    Larry Klayman
    Florida Bar No. 246220
    leklayman@gmail.com
    7050 W. Palmetto Park Road #15-287
    Boca Raton, Florida 33433
    Telephone: (310) 595-0800

    *Counsel for Plaintiff*

    s/Brian W. Toth
    Sanford L. Bohrer
    Florida Bar No. 160643
    sbohrer@hklaw.com

Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

– and –

Laura R. Handman (admitted *pro hac vice*)
laurahandman@dwt.com
Micah J. Ratner (admitted *pro hac vice*)
micahratner@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C.  20006
Tel.: (202) 973-4200
Fax: (202) 973-4499

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2015, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

s/Brian W. Toth

#37889661_v1