Exhibit 4

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   15mc363 (DLC)
DENNIS L. MONTGOMERY                  :
                                      :       ORDER
                Plaintiff,            :
                                      :
        -v-                           :
                                      :
SIMON & SCHUSTER, PRISCILLA PAINTON,  :
and TINA BENNETT                      :
                                      :
                Defendants.           :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2015

DENISE COTE, District Judge:

For the reasons stated in the record of the December 1, 2015 conference, it is hereby

ORDERED that, by December 15, the defendants in the above-captioned matter shall provide the plaintiff with documents that are responsive to the following request: "Documents in the possession or control of Priscilla Painton or Tina Bennett that indicate whether Simon & Schuster communicated its reasons for its decision not to publish Pay Any Price to Mr. Risen, Ms. Bennett, or Houghton Mifflin Harcourt, and if such documents exist, they must be produced to the extent they discuss passages in the book related to Dennis Montgomery, the timing of the publication date, or the organization of the book." The defendants' document search will be limited to the time period of September 15, 2012 through November 7, 2013.

IT IS FURTHER ORDERED that, after the production of

1

responsive documents, if any, the parties shall meet and confer to discuss possible depositions, their length, and their scope. By December 22, the parties shall submit letters of no longer than two pages to inform the Court of any agreement they have about depositions and any remaining disputes about deposition discovery.

Dated:   New York, New York
         December 1, 2015

                                   _____
                                            DENISE COTE
                                   United States District Judge

2