IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DENNIS L. MONTGOMERY

                Plaintiff,

   v.

JAMES RISEN, ET AL.,

                Defendants.

Civil Action No. 1:15-cv-20782-JEM

## PLAINTIFF'S OPPOSITION TO MOTION TO EXCEED PAGE LIMITATIONS FOR SUMMARY JUDGMENT AND STATEMENT OF FACTS

Plaintiff opposed the request to exceed the page limit because the amount of extra pages proposed was "excessive." Plaintiff's counsel asked that his full position be included in any motion, but Defendants counsel intentionally left this out.

Plaintiff and his counsel have reason to believe that the requested excess pages will be primarily used to wage ad hominem personal attacks, belittling Plaintiff's state of deteriorating health (as they attempted before Judge Martinez during the first status conference and in subsequent proceedings, such as at Plaintiff's deposition), and disparaging and degrading Plaintiff's counsel, as they have done in the past. All of this is purely for strategic reasons and has no relevance.

Accordingly, Plaintiff and his counsel do not see the need to exceed the standard page limit as set forth in this Court's local rules so the space can be used for these personal and unnecessary ad hominem attacks.

Dated: December 9, 2015

Respectfully submitted,

 */s/ Larry Klayman*
Klayman Law Firm
FL Bar No. 246220
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, FL 33433
(310) 595-0800
leklayman@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 9th day of December, 2015, a true and correct copy of the foregoing was filed and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for Defendants*

                */s/ Larry Klayman*
                Larry Klayman, Esq.