# EXHIBIT 6



This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/SB117150946219909515

LEADER (U.S.)

# Nevada Governor Faces FBI Probe Int Contracts

Focus Is Gifts Gibbons Got While in Congress; 'Black Budget' Missions

By JOHN R. WILKE
Updated Feb. 15, 2007 12:01 a.m. ET

Federal prosecutors are investigating whether Nevada Gov. Jim Gibbons accepted unreported gifts or payments from a company that was awarded secret military contracts when Mr. Gibbons served in Congress.

The Federal Bureau of Investigation is examining whether any gifts or payments violated federal contracting rules or were offered in exchange for official acts by Mr. Gibbons, people briefed on the investigation said. Mr. Gibbons, a Republican, represented Nevada for five terms in Congress, where he served on the House Intelligence and Armed Services committees. He was sworn in last month as governor of the nation's fastest-growing state.

The close ties between the congressman and the contractor, Warren Trepp, were disclosed in a Nov. 1 Wall Street Journal article, which revealed that Mr. Gibbons accepted private jet flights and a Caribbean cruise from the software-company owner. Mr. Gibbons says accepting the cruise and flight didn't violate House ethics rules.

New evidence has emerged that includes emails to Mr. Trepp -- the majority owner of eTreppid Technologies LLC and the former chief trader for convicted junk-bond dealer Michael Milken -- discussing a payment or gift to then-Rep. Gibbons. They also show Mr. Gibbons repeatedly using his congressional office to help the firm seek classified military and civilian contracts.



Jim Gibbons

The emails show that since at least 2003, Mr. Trepp maintained close ties to Mr. Gibbons, who helped eTreppid get no-bid software contracts from the Air Force, U.S. Special Operations Command and Central Intelligence Agency. The software was used in video tracking of military targets and other, classified applications.

Messrs. Trepp and Gibbons have denied any wrongdoing, and no charges have been filed; indeed, such investigations sometimes end without official action.

## 'Hit the Ground Running'

In a Sept. 25, 2003, email to Mr. Trepp after Mr. Gibbons had been particularly helpful on a recent contract, eTreppid executive Len Glogauer reports that "Jim really hit the ground running on that one." He adds, "we need to take care of him like we discussed." It isn't clear what Mr. Glogauer meant, and he declined to comment.

A second email, cited in court filings by Mr. Trepp's former partner, was more explicit. On March 22, 2005, days before Mr. Trepp and his wife embarked on the Caribbean cruise with the congressman and his family, Jalé Trepp sent a reminder to her husband. "Please don't forget to bring the money you promised Jim and Dawn," referring to Mr. and Mrs. Gibbons.

Minutes later, Mr. Trepp responds, "Don't you ever send this kind of message to me! Erase this message from your computer right now!" Mr. Gibbons failed to disclose the cruise and travel on Mr. Trepp's leased private jet, as required by House ethics rules. He later asked the House Ethics Committee for an exemption, but left office before any action was taken.

The eTreppid emails include dozens to and from then-Rep. Gibbons. In one of the first such exchanges, on Sept. 23, 2003, Mr. Gibbons said he was "greatly impressed" with the technology and that he asked a military aide on his staff to set up a meeting with the National Security Agency to demonstrate the company's products. "No doubt, the Agency will be just as impressed," Mr. Gibbons wrote. He also tells an eTreppid executive to begin using a private email address that is "a direct link to my desk and does not go through anyone else."

In later exchanges, Mr. Gibbons discusses his efforts to set up meetings with the Department of Homeland Security, and arranges meetings with several Pentagon officials, including a top defense intelligence official. An eTreppid executive responds, "now if we can get into the Navy, it would be great."

In a statement yesterday, a spokesman for the governor said Mr. Gibbons has "consistently stated that he and Warren Trepp have a longstanding friendship." Mr. Gibbons, the statement continued, is proud of his efforts "to highlight the good work of Nevada companies as part of his duties to represent his constituents. However, he held no special power in awarding defense contracts, which go through a multilevel approval process."

Mr. Trepp didn't return phone calls or emails seeking comment. His attorney, Steven Peek, said yesterday, "Warren has had no inquires or questions from any federal officials about his relationship with Jim Gibbons." Mr. Peek said Mr. Trepp continues to talk to the FBI "about the theft of his company's intellectual property" by his former partner, the crux of continuing legal disputes between the two men. Mr. Peek also said Mr. Trepp "unequivocally denies that he wrote any emails regarding any payments to Jim Gibbons, and questions their authenticity."

## Preliminary Stage

The FBI declined to comment on the investigation, which appears to be in a preliminary stage. The bureau has stepped up its pursuit of public-corruption cases, and says it now has about 620 agents working on federal, state and local cases, compared with 260 in 2002. On Tuesday, former senior CIA official Kyle "Dusty" Foggo was indicted on fraud, conspiracy and money-laundering charges for allegedly accepting jet flights and a vacation from a contractor, Brent Wilkes, who was indicted on related charges. Both pleaded not guilty yesterday. The indictments arose from a continuing FBI investigation of former Republican Rep. Randy "Duke" Cunningham of California, who last year began serving a prison sentence for accepting bribes.

The Cunningham case and claims made against Mr. Gibbons have drawn attention to alleged congressional abuse of the classified or "black" portion of the federal budget, which covers CIA, NSA and other secret government activities and has grown to at least $30 billion. New limits on special-interest spending known as earmarks were enacted by Congress last month, including rules meant to restrict earmarks in the classified budget.

The Nevada case is being watched closely in Washington: John Negroponte, former director of national intelligence, warned in a court filing of "exceptionally grave damage" to national security if details of the secret contracts are disclosed.

The new federal probe follows a Nevada investigation of the dispute over ownership of eTreppid software used in secret government programs. That investigation was initially focused on Dennis Montgomery, the former partner of Mr. Trepp who designed the software on which eTreppid was founded in 1998. The men have accused each other of trade-secret theft, among other claims, and have been battling in court for more than a year.

The new emails and internal documents would appear to support some of the claims made in legal proceedings filed by Mr. Montgomery, who in court papers has alleged that Mr. Trepp gave at least $100,000 in cash and casino chips to Mr. Gibbons. Public records show Mr. Trepp gave $90,000 to the governor's campaign through a series of separate companies, avoiding a $10,000 limit on individual or corporate contributions.

## Defamation Suit

In court filings, Mr. Trepp has denied Mr. Montgomery's claims. He also filed a defamation suit against the chairman of the Nevada Democratic Party, Tom Collins, over published comments about the business dispute before last year's election. He cites "false testimony" by Mr. Montgomery, who he says "engaged in a campaign to spread falsehoods...which led up to a story published in the Wall Street Journal." The Journal isn't a defendant in the libel suit, which is pending in state court in Reno.

The Nov. 1 page-one story in the Journal reported that Mr. Gibbons and his family accompanied Mr. Trepp on a Caribbean cruise and that the congressman had helped Mr. Trepp win federal contracts. Mr. Gibbons at the time said his assistance to Mr. Trepp's company was simply intended to promote promising technology, and that the cruise and jet flights didn't violate House ethics rules because of his "close personal friendship" with Mr. Trepp.

Mr. Montgomery has accused Messrs. Trepp and Gibbons of using their political clout to get local FBI agents to raid his home and investigate him. In December, a federal magistrate found flagrant constitutional violations in the FBI raid, according to people briefed on her ruling, which remains under seal. The court found that the local FBI and U.S. attorney's office had effectively acted as armed enforcers for eTreppid's wealthy owner in a private business dispute with a former partner.

Nevada Governor Faces FBI Probe Into Contracts - WSJ          Page 5 of 5
Case 1:15-cv-20782-JEM   Document 203-6   Entered on FLSD Docket 12/14/2015   Page 6 of 6

Mr. Peek, Mr. Trepp's attorney, said, "If the magistrate decided the search was improper, I'm disappointed in the decision, but without knowing the basis, I can't comment."

In his court filings, Mr. Montgomery alleges that Mr. Gibbons himself called in local federal officials at the behest of Mr. Trepp, who is one of Mr. Gibbons's biggest campaign contributors. In an interview last year with The Wall Street Journal, Mr. Gibbons's wife, Dawn, acknowledged that Mr. Trepp's wife had called her about the dispute. In response, Mr. Peek said: "Any citizen has a right to report a crime like a theft of intellectual property and computer equipment, and the government should rightfully act on the report of a crime regardless of who reports it."

Write to John R. Wilke at john.wilke@wsj.com

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.