# EXHIBIT 8

Page 36
'The Man Who Conned The Pentagon' National Public Radio (NPR) December 19, 2009 Saturday

RAZ: Why do you think Dennis Montgomery was ultimately believed? I mean, was it the atmosphere of the times? The sort of deep fear and concern that terrorists would strike again or was it pure carelessness by folks at the CIA and Homeland Security and other government agencies?

Mr. ROSTON: It's always so hard. You know, I wrote a book about Ben Ahmad Chalabi and it's sort of hard to figure out why he was believed so much. I think it's mainly because he offered an easy solution. If you go to somebody in government and say, listen, I've got a secret technology that can solve your terror problems right now and tell you exactly what al-Qaida's thinking, you know, a lot of people will say, well, I can't ignore that. That sounds great. That sounds perfect. That's what I think it was.

RAZ: That's investigative reporter Aram Roston. His article, "The Man who Conned the Pentagon," can be found in the new issue of Playboy, which you might be surprised to know has great articles.

Aram Roston, thanks so much.

Mr. ROSTON: Thank you, Guy.

**LOAD-DATE:** December 23, 2009

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Transcript

Copyright 2009 National Public Radio (R)
All Rights Reserved

6 of 7 DOCUMENTS

Reno Gazette-Journal (Nevada)

August 4, 2007 Saturday
Final Edition

## eTreppid court documents unsealed

**BYLINE:** MARTHA BELLISLE mbellisle@rgj.com

**SECTION:** MAIN NEWS; Pg. 3A

**LENGTH:** 1094 words

In a statement unsealed by the court Friday, former eTreppid software designer Dennis Montgomery said his special technology has been used to thwart or warn of terrorist attacks around the world.

But company owner Warren Trepp tried to halt the use of the life-saving technology in order to get more money from the government, the documents said.

His software helped stop the terrorist plan to blow up jetliners leaving London for the U.S. in August 2006, and helped lead to the U.S. airstrike in Iraq that killed al-Qaida leader Abu Musab al-Zarqawi last year, Montgomery said in the declaration made Oct. 30 and unsealed Friday.

But while working at eTreppid two years ago, "Trepp told me that the government had appropriated $100 million for the 'decoding technology,' but he was demanding $500 million," Montgomery said.

"Trepp instructed me to stop processing (redacted words) 'output' on two occasions ..." Montgomery said. He said he refused "on both National Security grounds" and because he was not being paid what Trepp had promised. The dispute led to his departure from the company in January 2006.

"Since then, I have given the highest levels of our government vital national security information free of charge while Trepp and his government cronies have raided my home and storage and tried to get me indicted," Montgomery said.

Among the officials loyal to Trepp, he said, was Gov. Jim Gibbons. He said Gibbons, while in Congress, "admitted" that he "made phone calls" to the U.S. Attorney's office in Nevada and the Reno FBI and instigated the raid on Montgomery's home in search of source code. The raid was later ruled unconstitutional.

Gibbons has flatly denied these claims, saying they are "the same old fabrication" Montgomery made up when he first filed suit against eTreppid last year.

Former U.S. Attorney Daniel Bogden, who was among the federal prosecutors fired in a purge being investigated by Congress, agreed that the allegations are "erroneous."

"It didn't happen with our office," he said. "Then-Congressman Gibbons has never called me. And Gov. Gibbons has never called me. In fact, no one from Congress has ever called us and requested that we do an investigation. It just didn't happen."

Gibbons is the target of a federal investigation into whether he used his position in Congress to help secure lucrative defense contracts for Trepp in exchange for gifts, money, casino chips and a Caribbean cruise, charges both men deny.

Trepp lawyer Stephen Peek said the statements in Montgomery's unsealed declaration about Trepp wanting Montgomery to stop his work while they held out for more money are "absolutely untrue."

"Mr. Montgomery will do or say anything without any respect for the truth," Peek said Friday. "The allegations and statements of Dennis Montgomery are absolutely false."

Unsealing court records

Trepp and Montgomery remain locked in a legal battle in federal court over the software -- with Montgomery saying he was duped out of funds while a contractor for eTreppid, and Trepp saying Montgomery stole the source code for the valuable technology.

The details of Montgomery's work were kept under seal since last year over concerns about national security. But in April, U.S. District Judge Philip Pro said he wanted the material released to the public after defense department officials reviewed documents and blacked out sensitive information.

Montgomery's declaration is one of many documents expected to be unsealed in the near future.

In his statement, he said he has developed software that has a variety of applications, from recognizing patterns to compressing data. The software he brought to eTreppid, he said, was designed for casino surveillance.

From his base software, he said he created programs that have been used in "top secret" military operations. He cited a number of cases as proof that he owns this technology exclusively and said he wants depositions from the officials involved to support his claims.

When he detected the London threat, he said he "gave the appropriate authorities within the U.S.

eTreppid court documents unsealed Reno Gazette-Journal (Nevada) August 4, 2007 Saturday

government accurate and very specific intelligence regarding this terrorist plot" weeks before the arrests by London authorities. He wasn't paid for this work, he said.

In the search for al-Qaida in 2003, **Montgomery** said he worked with the U.S. Special Operations Command at MacDill Air Force Base in Florida. They used his software on the unmanned aircraft, Predator, "to detect and track specific al-Qaida operatives 'in the field,' including al Zarquawi."

He said they focused on "specific objects and people in 'real time'" and said their targets were "positively identified."

He said he was told by officials "that the results from my 'output' were included in regular briefings to the President.'"

On several occasions, he said, officials did not act quickly enough to make a difference.

In October 2003, he said he broke an encryption and gave information to officials that an attack likely was in Saudi Arabia. On Nov. 8, 2003, the U.S. State Department issued a warning hours before a suicide attack at a complex, he said.

"I was later told (redacted words) that 'we' had either failed to follow through quickly enough or that the Saudis had failed to act," he said. "But I have always questioned why the State Department made an urgent public warning just hours before the attack when (redacted word) knew at least 10 days before the attack?"

He also warned of an imminent threat at a military base in Iraq in 2004, he said. The warnings went unheeded, and on Dec. 24, 2004, "a suicide bomber detonated a device on the base killing over 20 people."

UNSEALED FILES

**Montgomery** said his software was used by the military in the following actions, programs or terrorist threats:

The U.S. air strikes northeast of Baghdad that killed al-Qaida leader Abu Musab al-Zarqawi and seven aides in June 2006.

The thwarted plan in August 2006 to blow up airliners flying from London to the United States.

Tested for use with the Predator Project by the U.S. Air Force "" allowing the unmanned airplane to "detect and track objects inside streaming video."

Identified the Nov. 8, 2003, suicide bomber that struck a complex in Saudi Arabia "" the U.S. State Department issued "an urgent warning" before the attack, but officials said the Saudi's "had failed to act."

Warned of a possible attack at a U.S. military base in Mosul, Iraq, in December 2004, but despite his warning, "a suicide bomber detonated a device on the base killing over 20 people."

Tested by the U.S. Navy and found to successfully detect a submarine under water.

**LOAD-DATE:** August 21, 2007

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newspaper

**JOURNAL-CODE:** ren

Copyright 2007 Reno Gazette-Journal
All Rights Reserved