# EXHIBIT 16

Dennis Lee Montgomery  -  November 18, 2010

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


In re:  Dennis and Kathleen      )

Montgomery                       )

                                 )

Michael J. Flynn,                )

                                 )

          Plaintiff,             )

                                 )

          vs.                    ) Case No.: 2:10-bk-18510-bb

                                 )

Dennis Lee Montgomery and        )

Brenda Kathleen Montgomery,      )

                                 )

          Defendants.            )

_____)




  Videotaped Deposition of:   DENNIS LEE MONTGOMERY

  Date:                       November 18, 2010

  Reported by:                Stephanie P. Borthwick

                              C.S.R. No. 12088

DEFS000001

Dennis Lee Montgomery  –  November 18, 2010

```
 1        Deposition of DENNIS LEE MONTGOMERY, taken on

 2   behalf of the Plaintiff, before Stephanie P.

 3   Borthwick, a Certified Shorthand Reporter,

 4   commencing at the hour of 9:20 a.m., Thursday,

 5   November 18, 2010, at the offices of Yates Court

 6   Reporters, 74967 Sheryl Avenue, Palm Desert,

 7   California.

 8   APPEARANCES:

 9       For the Plaintiff:

10           CONANT LAW, LLC

11           Attorneys at Law

12           BY:  CHRISTOPHER J. CONANT, ESQ.

13           730 17th Street

14           Suite 200

15           Denver, Colorado  80202

16           (303) 298-1800

17       For the Defendants:

18           DION-KINDEM & CROCKETT

19           Attorneys at Law

20           BY:  WILLIAM E. CROCKETT, ESQ.

21           LNR Warner Center

22           21271 Burbank Boulevard

23           Suite 100

24           Woodland Hills, California  91367-6667

25           (818) 883-4400
```

Page 2

YATES COURT REPORTERS     800.669.1866

DEFS000002

Dennis Lee Montgomery  -  November 18, 2010

```
 1      For the United States of America:

 2          U.S. DEPARTMENT OF JUSTICE

 3          CIVIL DIVISION

 4          BY:  CARLOTTA P. WELLS, Senior Counsel

 5          Federal Programs Branch

 6          20 Massachusetts Avenue, NW

 7          Room 7150

 8          Washington, DC  20530

 9          (202) 514-4522

10      Also Present:

11          Michael J. Flynn, Esq.

12          Sharon Raya, Paralegal to Ms. Wells

13          Tom (last name withheld), U.S. Government

14          Morgan (last name withheld), U.S.

15          Government

16      Videographer:

17          Jesse Navarro, Orravan Video Litigation

18          Services

19

20

21

22

23

24

25
```

Page 3

DEFS000003

Dennis Lee Montgomery  –  November 18, 2010

| | | |
|---|---|---|
| 10:10:26 | 1 | 2006. |
| | 2 | BY MR. CONANT: |
| | 3 | Q.   Mr. Montgomery, is that a truthful |
| | 4 | statement on your part? |
| 10:10:34 | 5 | MR. CROCKETT:  At what point in time, |
| | 6 | Counsel?  The question is vague and ambiguous. |
| | 7 | BY MR. CONANT: |
| | 8 | Q.   When you wrote it, Mr. Montgomery. |
| | 9 | MR. CROCKETT:  That also assumes facts not |
| 10:10:44 | 10 | in evidence. |
| | 11 | MR. CONANT:  I'm sorry, let me back up. |
| | 12 | Q.   When you signed this document, was this a |
| | 13 | truthful statement on your part? |
| | 14 | A.   I'm going to assert my right under the |
| 10:11:03 | 15 | Fifth Amendment. |
| | 16 | Q.   Mr. Montgomery, describe what this decoding |
| | 17 | program is and what you -- sorry. |
| | 18 | Describe what you mean on this line 1 by |
| | 19 | "decoding programs." |
| 10:11:30 | 20 | A.   I'm going to assert my right under the |
| | 21 | Fifth Amendment. |
| | 22 | Q.   Mr. Montgomery, describe what you mean on |
| | 23 | line 2, starting with the first full sentence on |
| | 24 | line 2, quote, "My source codes." |
| 10:11:41 | 25 | Please describe to me what "my source |

Page 57

YATES COURT REPORTERS    800.669.1866

DEFS000057

Dennis Lee Montgomery  -  November 18, 2010

| 10:11:48 | 1 | codes" refers to? |
|---|---|---|
| | 2 | A.   I'm going to assert my right under the |
| | 3 | Fifth Amendment. |
| | 4 | Q.   These, quote, unquote, "source codes," are |
| 10:11:56 | 5 | they not the same source codes that you identified |
| | 6 | on your bankruptcy schedules on -- and then turn |
| | 7 | back to -- we have Plaintiff's Exhibit 1, which is |
| | 8 | the bankruptcy schedules. |
| | 9 | MR. FLYNN:  Did you read the whole thing |
| 10:12:21 | 10 | into the record? |
| | 11 | BY MR. CONANT: |
| | 12 | Q.   All right.  Before you answer that |
| | 13 | question, let me go back, Mr. Montgomery. |
| | 14 | A.   Go back to what? |
| 10:12:43 | 15 | Q.   We're going to go back to Plaintiff's |
| | 16 | Exhibit -- |
| | 17 | Stephanie, what Plaintiff's exhibit are we |
| | 18 | on right now? |
| | 19 | THE REPORTER:  3. |
| 10:12:55 | 20 | MR. CROCKETT:  Are we marking the |
| | 21 | declaration? |
| | 22 | MR. CONANT:  Yeah, start marking these |
| | 23 | things. |
| | 24 | Let me go -- can we go off the record here |
| 10:13:02 | 25 | for a second so I can get the exhibits straightened |

Page 58

DEFS000058

Dennis Lee Montgomery  -  November 18, 2010

```
10:14:57    1   BY MR. CONANT:
            2       Q.   And please follow along, Mr. Montgomery.
            3           "I have provided the 'output' from my
            4   decoding programs without compensation to our
10:15:07    5   government in order to stop terrorist attacks and
            6   save American lives.  My source codes for this
            7   decoding technology which derives from my 'ODS' are
            8   what Trepp and several government officials were
            9   attempting to steal from me when they raided my
10:15:23   10   home.
           11           MR. FLYNN:  Did you ever create any source
           12   code that was used to stop terrorist attacks?
           13   BY MR. CONANT:
           14       Q.   Mr. Montgomery, have you ever created any
10:15:37   15   source code that was used to stop terrorist attacks?
           16       A.   I'm going to assert my right under the
           17   Fifth Amendment.
           18           MR. FLYNN:  All right.
           19           MR. CONANT:  I'm going to keep going.
10:15:49   20       Q.   All right.  Mr. Montgomery, turn with me
           21   back to Plaintiff's Exhibit No. 2.
           22           All right.  We'll go look at Request for
           23   Production No. 1 where you are requested to produce
           24   the source codes.  I'm going to hand you what will
10:16:16   25   be marked as Plaintiff's Exhibit No. --
```

YATES COURT REPORTERS    800.669.1866

DEFS000060

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:41:42 | 1 | violate it, wouldn't I? |
| | 2 | Q.   I would want you to answer the question. |
| | 3 | A.   I just -- |
| | 4 | Q.   Continue with your answer. |
| 10:41:49 | 5 | A.   I've answered it. |
| | 6 | Q.   Mr. Montgomery, for the record, the |
| | 7 | protective order -- |
| | 8 | MR. FLYNN:  Don't go there. |
| | 9 | MR. CONANT:  All right. |
| 10:41:57 | 10 | MR. FLYNN:  Ask him if he gave -- |
| | 11 | MR. CONANT:  Let me -- |
| | 12 | MR. FLYNN:  -- very specific intelligence |
| | 13 | regarding decoding -- did he give that information. |
| | 14 | Did he give that information. |
| 10:42:13 | 15 | BY MR. CONANT: |
| | 16 | Q.   Read with me, Mr. Montgomery, on page 4, |
| | 17 | line 21, beginning with the first full sentence. |
| | 18 | MR. FLYNN:  This the Cheney office. |
| | 19 | BY MR. CONANT: |
| 10:42:23 | 20 | Q.   "I gave the appropriate authorities within |
| | 21 | the U.S. Government accurate and very specific |
| | 22 | intelligence regarding this terrorist plot from my |
| | 23 | decoding software, as I have done in the past, weeks |
| | 24 | prior to the arrests by the London authorities -- |
| 10:42:35 | 25 | without compensation." |

Page 80

YATES COURT REPORTERS    800.669.1866

DEFS000080

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 10:42:38 | 1 | MR. FLYNN:  Did you do that. |
| | 2 | BY MR. CONANT: |
| | 3 | Q.   Did you give -- did you give the U.S. |
| | 4 | Government this -- this very specific intelligence |
| 10:42:46 | 5 | that you're referring to here? |
| | 6 | A.   I'm going to assert my right under the |
| | 7 | Fifth Amendment. |
| | 8 | Q.   Isn't it true, Mr. Montgomery, that this, |
| | 9 | quote, unquote, "decoding software" that you |
| 10:42:58 | 10 | reference on line 22 is just a complete fraud? |
| | 11 | MR. CROCKETT:  Hold it. |
| | 12 | Go ahead. |
| | 13 | THE WITNESS:  I'm going to assert my right |
| | 14 | under the Fifth Amendment. |
| 10:43:14 | 15 | I couldn't hear Mr. Flynn's question. |
| | 16 | MR. CONANT:  That's fine.  I'll repeat it. |
| | 17 | THE WITNESS:  Okay. |
| | 18 | BY MR. CONANT: |
| | 19 | Q.   Beginning on line 21, going to line 24 and |
| 10:43:22 | 20 | a half where you reference this very specific |
| | 21 | intelligence regarding the terrorist plot that you |
| | 22 | got from your decoding software regarding these |
| | 23 | arrests in London, isn't that the same information |
| | 24 | you and Edra Blixseth provided to a person within |
| 10:43:39 | 25 | Dick Cheney's office? |

Page 81

YATES COURT REPORTERS     800.669.1866

Dennis Lee Montgomery   -   November 18, 2010

| | | |
|---|---|---|
| 13:38:47 | 1 | doing what he's doing and you're asking me |
| | 2 | questions. |
| | 3 | Q.   Mr. Montgomery -- |
| | 4 | A.   I'm listening. |
| 13:38:52 | 5 | Q.   -- has Ms. Blixseth ever asked you to |
| | 6 | provide Blxware with any source code ever? |
| | 7 | A.   I don't recall. |
| | 8 | Q.   Isn't it true that you've never provided |
| | 9 | Blxware with any sort of source code? |
| 13:39:05 | 10 | A.   No. |
| | 11 | Q.   Isn't it true that the purpose of -- let me |
| | 12 | strike that. |
| | 13 | Were you trying -- I'm sorry.  Let me |
| | 14 | strike that. |
| 13:39:25 | 15 | When you were at Blxware was Blxware |
| | 16 | attempting to procure a hundred million dollar |
| | 17 | contract from the United States Government? |
| | 18 | A.   I'm going to assert my right under the |
| | 19 | Fifth Amendment. |
| 13:39:36 | 20 | Q.   Were you involved in trying to get a |
| | 21 | hundred million dollar contract from the |
| | 22 | United States Government? |
| | 23 | A.   Going to assert my right under the Fifth |
| | 24 | Amendment. |
| 13:39:43 | 25 | Q.   Didn't Blxware receive approximately |

Page 188

YATES COURT REPORTERS    800.669.1866

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 13:39:45 | 1 | $2.5 million from the United States Government, |
| | 2 | Mr. Montgomery? |
| | 3 | A.   I'm going to assert my right under the |
| | 4 | Fifth Amendment. |
| 13:39:52 | 5 | Q.   Wasn't that $2.5 million Blxware received |
| | 6 | paid as compensation to Blxware for fraudulent |
| | 7 | software? |
| | 8 | A.   I'm going to assert my right under the |
| | 9 | Fifth Amendment. |
| 13:40:04 | 10 | Q.   Isn't it true that Blxware never had any |
| | 11 | software that purported to do what Blxware was |
| | 12 | representing it would do to the United States |
| | 13 | Government? |
| | 14 | A.   I'm going to assert my right under the |
| 13:40:18 | 15 | Fifth Amendment. |
| | 16 | MR. CONANT:  All right.  I'm going to hand |
| | 17 | you what's going to be marked as Plaintiff's |
| | 18 | Exhibit 15. |
| | 19 | (Exhibit 15 was marked for identification.) |
| 13:40:35 | 20 | MR. CONANT:  If you can hand it back -- |
| | 21 | MR. CROCKETT:  Well, it's short and sweet. |
| | 22 | MR. CONANT:  Are you still looking at the |
| | 23 | email? |
| | 24 | MR. FLYNN:  Try to get me to -- |
| | 25 | /// |

Page 189

YATES COURT REPORTERS    800.669.1866

DEFS000189

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 13:41:30 | 1 | BY MR. CONANT: |
| | 2 | Q.   Mr. Montgomery, in approximately February |
| | 3 | of 2009, were you ever scheduled to have dinner with |
| | 4 | the Secret Service? |
| 13:41:40 | 5 | A.   Not that I recall. |
| | 6 | MR. FLYNN:  Was Edra. |
| | 7 | BY MR. CONANT: |
| | 8 | Q.   Was Edra Blixseth ever scheduled to have |
| | 9 | dinner with the Secret Service? |
| 13:41:50 | 10 | A.   I have no idea. |
| | 11 | Q.   Can you, Mr. Montgomery, tell me about any |
| | 12 | discussions you had with Edra Blixseth regarding the |
| | 13 | Blxware software? |
| | 14 | A.   What's the Blxware software? |
| 13:42:05 | 15 | Q.   Wasn't Blxware -- wasn't Blxware producing |
| | 16 | some form of software product? |
| | 17 | A.   Yes. |
| | 18 | Q.   And did you ever have discussions with Edra |
| | 19 | Blixseth regarding that software? |
| 13:42:18 | 20 | A.   Which specific piece of software are you |
| | 21 | referring to? |
| | 22 | Q.   Any software. |
| | 23 | A.   I'm sure at some point I must have. |
| | 24 | Q.   Was there any software that Blxware was |
| 13:42:27 | 25 | developing to decode Al-Jazeera communications? |

Page 190

YATES COURT REPORTERS    800.669.1866

DEFS000190

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 13:42:34 | 1 | A.   I'm going to assert my right under the |
| | 2 | Fifth Amendment. |
| | 3 | Q.   Was there any software that Blxware was |
| | 4 | purporting to develop that was to be used to detect |
| 13:42:38 | 5 | terrorist attacks? |
| | 6 | A.   I'm going to assert my right under the |
| | 7 | Fifth Amendment. |
| | 8 | Q.   Now you chuckled there. |
| | 9 | A.   Well, because I'm tired of you making these |
| 13:42:47 | 10 | outrageous allegations against me.  It's really |
| | 11 | getting old. |
| | 12 | MR. FLYNN:  Then why are you taking the |
| | 13 | Fifth. |
| | 14 | BY MR. CONANT: |
| 13:42:54 | 15 | Q.   Then why are you taking the Fifth? |
| | 16 | THE WITNESS:  Is he asking me that or you, |
| | 17 | Mr. Flynn? |
| | 18 | BY MR. CONANT: |
| | 19 | Q.   It doesn't really matter. |
| 13:43:01 | 20 | A.   Yeah, it does.  I thought you were the |
| | 21 | people asking me the questions but he keeps trying |
| | 22 | to get me agitated and throw his weight around in |
| | 23 | this deposition and cause a problem. |
| | 24 | Q.   Mr. Montgomery, we're just trying to get to |
| 13:43:13 | 25 | the truth here and when -- so however we get to |

Page 191

YATES COURT REPORTERS     800.669.1866

DEFS000191

Dennis Lee Montgomery  -  November 18, 2010

13:44:13    1    declaration --

         2       A.    Bottom 2 or the second page?

         3       Q.    Label No. 2.

         4       A.    Okay.

13:44:17    5       Q.    -- line 18 and a half --

         6       A.    Uh-huh.

         7       Q.    -- "Multiple" --

         8       A.    Wait a minute.

         9           Okay, I'm sorry.  Go ahead.

13:44:26   10       Q.    Line 18 and a half, "Multiple software

       11   programs developed, owned, possessed and used

       12   exclusively by me, derived from my ODS between 1994

       13   and December 31, 2002, some of the source codes for

       14   which are direct derivatives of my copyrights and

13:44:41   15   which beginning in November of 2002 I began to adapt

       16   to military applications on behalf of the Department

       17   of Defense, the Navy, the Air Force and the,"

       18   redacted, "mostly utilized in the war on terror

       19   between March 2003 and the present."

13:44:58   20          Now weren't these -- this software you're

       21   referring to here, the decoding -- the software to

       22   decode Al-Jazeera communications, Mr. Montgomery?

       23       A.    I'll assert my right under the Fifth

       24   Amendment.

13:45:12   25       Q.    Why would it be -- why would you get upset

Page 193

DEFS000193

Dennis Lee Montgomery  -  November 18, 2010

13:45:15   1   when we would suggest that this software is fake?

2       A.   I'm going to assert my right under the

3   Fifth Amendment.

4       Q.   Isn't it true that this software was never

13:45:23   5   legitimate?

6       A.   I'm going to assert my right under the

7   Fifth Amendment.

8       Q.   Isn't it true it's just a complete fraud on

9   the United States Government, Mr. Montgomery?

13:45:30  10       A.   I'm going to assert my right under the

11   Fifth Amendment.

12       Q.   How many terrorist attacks have you helped

13   thwart?

14       A.   I'm going to assert my right under the

13:45:39  15   Fifth Amendment.

16       Q.   How many American lives do you believe

17   you've saved through your software?

18       A.   I'm going to assert my right under the

19   Fifth Amendment.

13:45:40  20       Q.   How many times have you contacted the

21   government to alert them to some form of terrorist

22   attack?

23       A.   I'm going to assert my right under the

24   Fifth Amendment.

13:45:48  25       Q.   Isn't it true, Mr. Montgomery, that you

Page 194

DEFS000194

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 13:51:07 | 1 | A.   I didn't say either. |
| | 2 | Q.   You didn't say either what? |
| | 3 | MR. FLYNN:  That he didn't recall. |
| | 4 | THE WITNESS:  Are you answering for me now? |
| 13:51:16 | 5 | MR. CROCKETT:  Dennis. |
| | 6 | BY MR. CONANT: |
| | 7 | Q.   Let's look at page 10, Plaintiff's Exhibit |
| | 8 | No. 3, paragraph 20. |
| | 9 | A.   Yeah. |
| 13:51:23 | 10 | Q.   By June, September -- "By June through |
| | 11 | September 2003 my ODS had attracted the interest |
| | 12 | of," redacted, "in connection with using Predator to |
| | 13 | detect and track specific al-Qaida operatives" -- |
| | 14 | A.   Where are we?  Where are we?  I don't know |
| 13:51:42 | 15 | where we're at. |
| | 16 | MR. CROCKETT:  I don't either. |
| | 17 | BY MR. CONANT: |
| | 18 | Q.   Page 10, paragraph 20. |
| | 19 | A.   Okay.  Sorry. |
| 13:51:47 | 20 | Got it. |
| | 21 | Q.   Paragraph entitled "Tracking al-Qaida, |
| | 22 | USSOCOM and" blank. |
| | 23 | A.   Yeah. |
| | 24 | Q.   "By June through September 2003 my ODS had |
| 13:51:55 | 25 | attracted the interest of," blank, "and USSOCOM in |

Page 199

YATES COURT REPORTERS    800.669.1866

DEFS000199

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 13:52:02 | 1 | connection with using Predator to detect and track |
| | 2 | specific al-Qaida operatives in the field, including |
| | 3 | al-Zarqawi, and specific objects related to him, |
| | 4 | such as cars and vans with live video feeds encoded |
| 13:52:14 | 5 | and scanning for objects and people in real time. |
| | 6 | "My object tracking was placed on a |
| | 7 | specific number of DV laptops and used by SOCOM |
| | 8 | and," blank, "in the field.  I interacted on a |
| | 9 | regular basis with these operatives in the |
| 13:52:28 | 10 | connection with the use and application of my |
| | 11 | technology. |
| | 12 | "Special servers were installed in the POC, |
| | 13 | Predator Operation Command, at Nellis Air Force Base |
| | 14 | and at Fort Bragg to look for, detect and track |
| 13:52:40 | 15 | specific objects which were, in fact, positively |
| | 16 | identified." |
| | 17 | Now is that true?  Is that a true |
| | 18 | statement, Mr. Montgomery, that you -- |
| | 19 | MR. FLYNN:  -- had the technology that did |
| 13:52:51 | 20 | that. |
| | 21 | BY MR. CONANT: |
| | 22 | Q.   -- that you had the technology that did |
| | 23 | that? |
| | 24 | A.   It's very distracting when Mr. Flynn does |
| 13:52:56 | 25 | that and it's very hard to keep focused on your |

Page 200

YATES COURT REPORTERS    800.669.1866

Dennis Lee Montgomery  -  November 18, 2010

13:53:01  1   question when he keeps interrupting it and adding

2   his piece in the middle of it.

3       Q.   Okay.  Do you need to read line 13 through

4   to 20 again?

13:53:07  5       A.   I read it.

6            I'm going to assert my right under the

7   Fifth.

8            I'm going to assert my right, Mr. Flynn,

9   under the Fifth.

13:53:16  10           MR. FLYNN:  Okay.

11           MR. CONANT:  All right.  All right.

12           All right.  I'm going to hand you -- hand

13   the reporter, what's going to be marked as

14   Plaintiff's Exhibit No. --

13:53:42  15           THE REPORTER:  17.

16           MR. CONANT:  -- 17.

17           (Exhibit 17 was marked for identification.)

18           THE WITNESS:  Thank you.

19   BY MR. CONANT:

13:54:11  20      Q.   All right.  Mr. Montgomery, I've handed you

21   what's been marked Plaintiff's Exhibit No. 17.  This

22   is an employment -- well, the first page, purports

23   to be an email from Patricia Yarborough to Jory

24   Russell says, "Hi, Jory.  Here's Dennis's employment

13:54:29  25   agreement.  Let me know if you need anything else."

Page 201

YATES COURT REPORTERS    800.669.1866

DEFS000201

Dennis Lee Montgomery  -  November 18, 2010

```
14:29:23    1              THE WITNESS:  It's what your version is.

            2              MR. FLYNN:  I know you conned me and you

            3    conned the U.S. Government.  You conned Edra

            4    Blixseth to an extent.  You're a computer hacker and

14:29:29    5    you're a fraud, Mr. Montgomery.

            6              THE WITNESS:  You're outrageous, Mr. Flynn.

            7    You're outrageous.

            8              MR. CROCKETT:  Dennis, let's get through

            9    this.

14:29:37   10              MR. FLYNN:  And you conned me, sir, that's

           11    why we're here.

           12              THE WITNESS:  Yeah.  No, it isn't.

           13              Okay.  I don't know if there was a question

           14    on the table.

14:29:48   15              MR. CROCKETT:  There isn't.

           16    BY MR. CONANT:

           17        Q.   Let's flip to Tab No. 3.  Mr. Montgomery,

           18    let's take a break from the bank statement for a

           19    second.

14:30:07   20              You recall signing a confession of judgment

           21    where you -- a couple of confessions of judgment in

           22    connection with the Nevada litigation?

           23        A.   I'm going to assert my right under the

           24    Fifth.

14:30:20   25        Q.   It's a public document, Mr. Montgomery.  Do
```

Page 230

YATES COURT REPORTERS    800.669.1866

DEFS000230

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 15:02:25 | 1 | one year went to go pay attorney's fees? |
| | 2 | MR. CROCKETT:  That's not what he said at |
| | 3 | all.  Completely misrepresents what he said and it's |
| | 4 | argumentative. |
| 15:02:36 | 5 | You want to try to rephrase it? |
| | 6 | MR. CONANT:  No.  I want -- because we have |
| | 7 | an employment agreement showing him earning |
| | 8 | $1.2 million a year and he's telling me he's |
| | 9 | spending his entire salary -- |
| 15:02:41 | 10 | MR. CROCKETT:  That's not what he said at |
| | 11 | all.  He said he paid Flynn $1,200,000. |
| | 12 | MR. CONANT:  Which is his entire salary for |
| | 13 | a year with Opspring, is it not? |
| | 14 | MR. CROCKETT:  I don't know if it is or it |
| 15:02:53 | 15 | isn't. |
| | 16 | THE WITNESS:  Say that again?  I'm |
| | 17 | confused, your question. |
| | 18 | BY MR. CONANT: |
| | 19 | Q.   You're getting paid $1.2 million -- |
| 15:03:00 | 20 | A.   Yeah. |
| | 21 | Q.   -- annually, are you not, from Opspring? |
| | 22 | A.   Well, it says that.  Did I actually get |
| | 23 | that?  I'm not certain. |
| | 24 | Q.   All right.  Well, let's look at this entry |
| 15:03:08 | 25 | May 15, hundred thousand dollars.  Is that part of |

Page 260

DEFS000260

Dennis Lee Montgomery  -  November 18, 2010

| | | |
|---|---|---|
| 15:15:04 | 1 | A.   I don't recall. |
| | 2 | Q.   Generally speaking, did it have to do with |
| | 3 | software? |
| | 4 | A.   I don't recall. |
| 15:15:10 | 5 | MR. FLYNN:  Was it encoding -- |
| | 6 | BY MR. CONANT: |
| | 7 | Q.   Was it the decoding software for the |
| | 8 | Al-Jazeera transmissions that were contemplated as |
| | 9 | part of this agreement, Mr. Montgomery? |
| 15:15:22 | 10 | A.   I don't recall. |
| | 11 | Q.   You just don't recall. |
| | 12 | A.   That's correct. |
| | 13 | MR. CROCKETT:  There wasn't a question. |
| | 14 | BY MR. CONANT: |
| 15:15:27 | 15 | Q.   So in front of -- okay. |
| | 16 | MR. FLYNN:  At the time did that decoding |
| | 17 | software even exist. |
| | 18 | BY MR. CONANT: |
| | 19 | Q.   At the time that you entered into this |
| 15:15:37 | 20 | agreement did the decoding software even exist? |
| | 21 | A.   And I invoke my right under the Fifth. |
| | 22 | Q.   Did you ever satisfy your obligations under |
| | 23 | this agreement, Mr. Montgomery? |
| | 24 | MR. CROCKETT:  Well, that calls for a legal |
| 15:15:54 | 25 | conclusion.  There are multiple obligations set |

Page 273

YATES COURT REPORTERS    800.669.1866

DEFS000273

Dennis Lee Montgomery  -  November 18, 2010

```
 1
 2                        CERTIFICATE
 3                           OF
 4              CERTIFIED SHORTHAND REPORTER
 5
 6         I, Stephanie P. Borthwick, Certified
 7   Shorthand Reporter of the State of California, do
 8   hereby certify:
 9         That the foregoing deposition was taken
10   before me at the time and place therein set forth,
11   at which time DENNIS LEE MONTGOMERY was duly sworn
12   by me;
13         That the testimony of the witness and all
14   objections made at the time of the examination were
15   recorded stenographically by me and thereafter
16   transcribed, said transcript being a true copy of my
17   shorthand notes thereof, and a true record of the
18   testimony given by the witness.
19         In witness whereof, I have subscribed my
20   name this date:  December 7th, 2010.
21
22
23         _____
24              STEPHANIE P. BORTHWICK, CSR
25              Certificate No. 12088
```

Page 344

DEFS000344