# EXHIBIT 20

Tyler Drumheller -- sent word to Europe, that there would be bombs on board Air France and British Air planes in Paris and London. I kept getting calls from the French, saying are you sure this is true. And I kept getting told this is so sensitive that we can't tell you where you get it.

It got seized by the DST director, and that became their super issue. Its witchcraft—if you were read in to this it was like are you read into witchcraft.

The French warned us, through Bill Murray. Said that if this is what you are looking at then we've looked at it and its nothing.

It would be latitude and longtitude, and it would show latitutdes and longtitudes and they would look at these towns in Virginia or Georgia, and they would say what they hell is this? Bangor Maine, or Big Sprins Tex. The only thing is I said why would they do this? Why not send it by courier? Are these guys are such brilliant computer guys who could do this?

Some of the guys in CTC questioned it, Sulek questioned it. DDST said its so super secret. They were putting out daily threat matrices on this, every day, and then suddenly it stopped. Every day there would be reports at five oclock. It was like after Ames, when they said there are 30 moles. Its very symptomatic of the agency. It was a big big deal, it was the biggest things in the agency for a couple months. They shut down all air traffic on this.

The French were engaged and skeptical on this.

They briefed the president on this. It was his baby. Tenet pushed everything, Tenet's whole thing was management by cheerleading, and it didn't sound totally crazy to him, and the experts were telling him to do it.

McLoughlin was sort of the point man for these things.

Why would they do it this way? To bring it through al Jazeera, and that would mean Qatar would know about it.

CONFIDENTIAL
DEFS002542