# EXHIBIT 21

# Redacted-A/C-work product

From: <jenniyb@ucia.gov>
Date: Tue, Jan 25, 2011 at 3:49 PM
Subject: FW: Per your discussion with George
To: jrisen31@gmail.com


Here you go.  Thanks

---

**From:** JENNIYB
**Sent:** Monday, January 24, 2011 6:23 PM
**To:** 'risen@nytimes.com'
**Subject:** Per your discussion with George

Jim,

I believe we still owe you a response from your call late last week.

On the record, from me as CIA spokesperson, "The agency never had a contract with this individual."

On background as a "US intelligence official":  "As you'd expect, the CIA looked at what Montgomery claimed he could do but determined that his threat detection tools weren't exactly as billed."

Thanks, Jennifer

Jennifer Youngblood
CIA Office of Public Affairs
703-482-7778

CONFIDENTIAL                                                                                                    DEFS003882