# EXHIBIT 22

Fran Townsend – I don't know – I hardly want to volunteer getting involved in this. This is a swamp that knows no bottom.

Counter-terrorism official

At the time we really believed we were in t he midst of a threat. It was difficult to get to the bottom. And we had

Now, do we feel like we got played? Yeah. Some were suspicious at the time, but we felt like had to take it seriously.

We understood we may have been played,, once we got passed it, we didn't have time to go back, the president was dealing with the threats at the moment.  He understood we had a concern afterwards, but I can't tell you we walked him.

Its nonsense, I craziness. I can't imagine that this happened. This is nonsense, I have no memory of this.

Stupid shit walked through the door every day.

Every walk in was on a matrix that walked into the oval.

We can't have this, and – you lose confidence that the system can filter it after 9/11. There is a huge craving for detail by policy makers, and I need to understand, and so I don't blame anybody, and they wanted to be told everything.

In 2003, when I see the volume of unsub. Stuff going to oval, and wasn't until 2004, that I got promoted, you got to let me filter it and trust me,  and then we begin, and to do the weekly, best of best threats, and then we

This was one brick on the scale, there was stupid shit reported to cia for a variety of reasons, that stuff happens all the time,  was this biggestone,  its fair to say it's the biggest one that makes it all the way through the system.