# EXHIBIT 23

# Redacted-A/C-work product

From: **james risen** <jrisen31@gmail.com>
Date: Tue, Feb 1, 2011 at 10:56 AM
Subject: here use this version of meeting with Samantha Ravich, a national security aide to Vice President Cheney.
To: Eric Lichtblau <ericl@nytimes.com>


 By 2006, Mr. Montgomery was eager for even more government work, and he had some influential friends he hoped could help. Jack Kemp, the former congressman and Republican vice presidential candidate, agreed to help Mr. Montgomery get a White House meeting to push his technology. In late 2006, Mr. Kemp, Mr. Montgomery and Edra Blixeth met with Samantha Ravich, a national security aide to Vice President Cheney. In her office at the Old Executive Office Building, Mr. Montgomery sought to convince Ms. Ravich that he had developed stunning technology that the government should be using -- if only Vice President Cheney would support him. (Ravich is on background I have to figure out with her how to use this-- took the meeting with them only because Mr. Kemp was a friend of the Vice President and had the ability to get meetings in Mr. Cheney's office.  "I don't remember how this got to me, whether Kemp called me or called someone else in the Vice President's office, but Jack Kemp was the one who arranged the meeting. He knew the vice president well, and so he could get the meeting. These people were connected somehow to Jack Kemp, whether he was in business with them, or representing them.  I sat down with Kemp and a woman, and one guy,  I think it was Montgomery and Edra Blixeth.  They briefed me on this technology, and I said I have no way of verifying what you are telling me, so if you can get someone from the military or someone in the government who will vet this, and who will then say they have vetted this and this is real, then we can meet again. That's how we left it. But after that, no one ever called me from anywhere in the military or the government to verify it.

 They described the technology just the way you just described it (the Al Jazeera news crawl detection) They said they had this fantastical thing, some software or device that could read newscrawls and whatever was being broadcast and could decode secret messages sent out, either from the video or audio.

I think they contacted me again, and wanted to meet again. They wanted a meeting with Vice President Cheney. But I said I'm not going to push this forward without someone in the government verifying this technology. They wanted a meeting with Cheney

They met me at EOB. The only reason we met was because Kemp was with them.

DEFS003857

I don't recall any other participants in any of this. I never met with Sen. Conrad Burns about this.)

DEFS003858