# EXHIBIT 24

# Redacted-A/C-work product

From: **james risen** <jrisen31@gmail.com>
Date: Mon, Jan 31, 2011 at 10:37 AM
Subject: Fwd:
To: Eric Lichtblau <ericl@nytimes.com>


here's what I sent you from melvin, mentioning they had mil contracts already

---------- Forwarded message ----------
From: **james risen** <jrisen31@gmail.com>
Date: Tue, Jan 11, 2011 at 5:45 PM
Subject:
To: jrisen31@gmail.com, Eric Lichtblau <ericl@nytimes.com>


Melvin Dubee -- on background -- I remember that the lawyer for the guy who owned the company called me, and was upset that his business partner was working with the governor of nevada to cheat him. He said that the governor was calling people in the Bush Administration to somehow get this guy Montgomery out of the picture.
I remember than I asked around about the technology, and the CIA was very skeptical of it by that time.
They had had some DOD contracts, which may be why the CIA was willing to give it a try.
But I know they didn't think there was anything to it by that time.
I don't remember ever having a hearing with Negroponte or Hayden to talk about this.