# EXHIBIT 25

# Redacted-A/C-work product

From: **Lichtblau, Eric** <ericl@nytimes.com>
Date: Fri, Jan 21, 2011 at 4:47 PM
Subject: Blxware
To: "Todd.Spitler@pentagon.af.mil" <Todd.Spitler@pentagon.af.mil>
Cc: "Risen, James" <risenj@nytimes.com>

Hi Todd, here are the follow-up questions we discussed. If we could touch base Monday on the status, that would be a big help.

n **In emails to Blxware employees, Mr. Liberatore discussed the status of the contract proposal in late 2008 and early 2009 and the obstacles it faced, including the fact there had not been an RFP or a competitive bidding; that Edra Blixware (the majority owner of the company) was having significant financial difficulties; and that the CIA and even some Air Force officials were skeptical of the company's technology and had rejected it in the past.**

**Given those statements, was the contracted properly vetted and awarded? Why was it awarded despite the skepticism about the technology, evidence of fraud, financial difficulties, and the lack of competitive bidding? Was the Air Force, in approving the contract, aware of the prior concerns?**

n **Early reports from the Air Force about the data provided by Blxware indicated that the company had turned over 24 boxes of archive data and was performing very well in the early testing of its product. Was this true at the time and, if so, when did the Air Force begin to have doubts about the product? The initial contract was for a multi-year roll-out; why and when was it terminated?**

n **Inauguration Day 2009: As was publicly reported, counter-terror officials were worried about threat reporting indicating an attack by Somali terrorist, perhaps al-Shabbab, on President Obama, and transition officials prepared for it. Blxware, which had just gotten its Air Force contract, was involved in trying to detect possible threats, and Joseph Liberatore thanked them the next day for their help and support over the**

weekend.

What exact role did Blxware play in support of the Air Force in preparing for possible Inauguration threats, and was this part of their data production contract? Is their role still thought to have been helpful at the time and, if so, how??

*Eric Lichtblau*

**New York Times**

**Washington bureau reporter**

(202) 862-0396

Cell: (202) 468-9254

DEFS003837