# EXHIBIT 27

Montgomery questions –

Get him to talk about his background. Where did he grow up? Where did he go to college? And where did he work before he started his own company? Where did he learn to program?

Was object recognition software was ever used for operations? Did the military act on his intelligence for operation in Iraq or Afghanistan?

When did he first realize that his technology could be adapted to the war on terror? Was it immediately after 9/11, or did someone give him the idea? Does he consider himself a patriot?

What about the submarine operations?

Did he have specific information about the London liquid bomb plot?

Did he ever work for the NSA?

What about his patents? What are they?

How did he get first contract? Did he meet colonel at casino? How did he make first contact with the US military and govt.?

How much was initial contract? When was it expanded?

How did he get in with the CIA? Did CIA know he had worked with military?

And Brennan? What was the process that got him hired by them? Did he come up with the idea of messages in al Jazeera, or did CIA ask him to look for that?

Why was John Brennan personally involved? Where did Brennan come into this?

Explain how the software worked to read al Qaeda codes on al Jazeera's news crawl?

Did CIA ever test the software to verify that it worked? What about Donald Kerr and his role at CIA in getting him into CIA?

How did the software discern the bar codes in the news crawl?

How did he meet Edra Blixeth?

When did he get a security clearance? What level? Was it revoked?

Was it all made up? Was this just a big hoax?

How come employee claims that bazooka test was rigged?

How could he falsify tests at Fort Bragg?

Had he ever gone to jail before the bad check case?

How did he get Predator video from Nellis? Live feed or by tape?

How did he get inaugural threat on Somalia information?


Who's idea was it to name the government as a cross defendant in the case of Montgomery against Trepp? Which got govt. on Montgomery's side?

AF General Robert Bass, working with Trepp?

Why does government still intervene in your lawsuits, what is it that they don't want to come out?

~~The Chinese nationals at ETreppid. Did the FBI investigate them for espionage? Were they deported?~~

What about Mossad? Did you sell technology to Mossad? Did US know you were pitching to Israel?


Misinformation – it was never in the crawler, it was in the banner, or other places in the video.

Not the feed at the bottom. The banner with the logo, above the crawler or in some cases at the top. We were doing work for Big Safari for facial recognition through air force. We had various people scattered across Egnlin. We were doing things and did tests, and and we did a series of tests from

Facial and object identification software to identify through video feeds from UAV in 2002.

Sloan Venebles and Betty Grey were lying to the fbi about the fact that the information as a hoax.


The Air Force published a document showing that they did verification and validated the tests. They sent actual people standing by the computers and the objects Project Divot -- a AF colonel


In 2002, primarily working with Air Force, then May or June, 2003, someone showed at Etreppid from the CIA. Because they had heard about the work, and read a classified report on it.

They said we will give you 20 people's imagery, and put it in 10 laptops. Images of real high value targets.

We had installed our software on 10 laptops and cued in information on 20 people.

We got paid through Sierra Nevada Corp. We were getting about $150,000 initial contract for 10 laptops to Etreppid.

Then they came back and said that had worked well, and we want more names and laptops.

There were only three people with clearances in the building.

Their were video images of more people we were supposed to target. In August, they came back, we gave them the new units laptops, and they gave us more video. We were using ENA – a new kind of facial recognition. A second contract, for another $100,000 or $150,000 for

I recorded al Jazeera nonstop since Feb. 1 2004 until the London Olympics. Now that's over 8 billion frames.

---

Every bin Laden broadcast on al Jazeera had patterns and objects. Embedded information in the al Jazeera banner when al Jazeera broadcast a bin Laden video.

In 2009, I was asked by people who I believed were DIA and AF but now think were CIA gave me videotapes from al Jazeera and others of bin Laden to look for patterns and objects. I found information -- longitutides and latitudes and account numbers and the names of two people.

I've been told over and over that there is no way to make it up, because you hit on the right place.

The NSA was there in my office too. They brought stuff of their own, and they brought us files .

In 2003, they were there every minute of every day.

On one of the videotapes they gave us, one came back and said that there were manmade objects in lower order of bits, where you should only see white noise we found patterns. We were seeing bar codes and countour lines. These were tapes of bin laden that had been intercepted before broadcast, and then also version that had been broadcast on al Jazeera, and compared.

One tape dated July, 2003, and that one had pattern.

The pattern looked like longtitutde and latitude. And it was Riyadh Saudi Arabia was longttutde and latitude. And had a date.

We found the Riyadh coordinates and date on video, we told the CIA and then the November, 2003 bombing happened and then CIA people

Ed Charbora DST of CIA came to our office. With five CIA people. Came to our office in Nvember, 2003.

From that point, until election of 2004, they were in the building the entire time.

Warren Trepp didn't like the govt. because of Drexel investigation.

The CIA entered a contract to pay for the processing data, they agreed to pay by month. They paid us 300,000 a month, then up to $1 million a month. The agency would pay through circuitous routes, through af or sierra Nevada.

2002 to 2006 Etreppid got about $40 million in contracts

Special Access Program – starting December, 2003. The CIA people came in and said you are not allowed to back into that warehouse.

They brought more tapes, recent al Jazeera tapes of bin Laden and Zawahiri tapes. By end of November, 2003, we processed what we could, but they weren't satisfied and wanted us to increase our ability to produce dramatically. We get a call around Thanksgiving, and said we are going to seize your technology.

We had a confrontation with them, and Warren Trepp said if you try to take this, you'll never see it again.

Then the FBI shows up with a whole bunch of new computers, and that the FBI was now taking charge. And had a fight between the CIA and the FBI over it. The FBI leaves.

Leave behind massive computers.

In December, 2004, it took weeks for computers to get going, we start processing much more data.

We got high speed lines directly to agency.

I would be at work till 1 a.m. and get up at 4, and they would say there is a meeting at the white house you got to keep getting more data

Around the middle of December we would find that we were getting AF and a number over and over again. And other things like UA. AA and two or three digits next to them. And longtitutdes and lattitudes.

We wouldn't give them an opinion on what it means. They would jump at conclusions There would be things like C4 C4, and they would say that's explosives, they jumped to conclusions, even though there might be CF or other letters.

On Christmas Eve they showed up at my house in Reno. They said go to office and get data you can.

There were other things that I thought they were jumping to conclusions. They were very nervous around Christmas. I never suggested it was airplanes or a threat.

Ridge had come out and said there were threats for Christmas, and we even know the flight numbers.

At some point they told me that they were convinced they were flight numbers.

The CIA had about five people there.

The CIA had told me they gave data to the French and British and they came to their own conclusions.

But it didn't stop the CIA from keeping working with us. They stayed in my office until November, 2004. There were about four there at any time. In 2004, we were going to get data direct line from Qatar.

In late November or December 2003, they brought a 2001 video tape, and they wanted to analyze it themselves. And it showed New York and 9/11.

Prior to Madrid bombing in March, 2004 the longtitude and latitutde for Madrid and date kept showing and we gave them that.

December, 2004, a latitutde and longtitude in Iraq kept transmitting.

In April, 2004, they told us to purge us the data because they were about to bomb al Jazeera. We started purging the computers, and at 2 a.m. they came to my house restart it all they are not going to do it.

The CIA left in November, 2004, and then the Air Force took over until 2006. And then I had a falling out with Trepp, and then the Gibbons investigation happened.

In 2009, got a new contract with a special unit under DNI, had a contract for about a year.

We were also asked to go through firewalls in 2003 and 2004 by the CIA. Initially firewalls of bad guys, and later just anybody. We got through al jazeera's firewalls. Got into their system. The British Defense Mnistery, in 2004. Looking for information. Iran, French government.

Brennan came out to Etreppid.

Col. Macbeth of BattleLabs, the air force, met me at a casino.

Warren Trepp knew Kirk Krikorian to get them interested in the MGM Grand.

We had already done test at AF, and then we were putting in systems at MGM Grand.

He saw system at MGM Grand. Then Macbeth got us first contract with the Air Force.

Gibbons was involved in getting a contract too.

DEFS000423