UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-cv-20782-MARTINEZ-GOODMAN**

DENNIS MONTGOMERY,

    Plaintiff,

vs.

JAMES RISEN et al.,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon Defendants' Unopposed Motion to Seal [ECF No. 199].  After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1.    Defendants' Unopposed Motion to Seal [ECF No. 199] is **GRANTED**.

2.    The Proposed Sealed Documents are sealed through December 17, 2015.  If, by December 17, 2015, Plaintiff does not make the showing required by law in order to maintain the Protective Order Concerning Confidential Information [ECF No. 89] as to the Proposed Sealed Documents, then the Proposed Sealed Documents will be unsealed.

DONE and ORDERED in Chambers at Miami, Florida this 16 day of December 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record