IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DENNIS L. MONTGOMERY

                Plaintiff,

   v.

JAMES RISEN, ET AL.,

                Defendants.

Civil Action No. 1:15-cv-20782-JEM

## AGREED MOTION OF PLAINTIFF FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, by counsel, hereby moves the Court to extend the time and deadline for the Plaintiff to respond to the Defendants' motion for summary judgment as set forth below:

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 6, the Court is authorized to extend the time in which a response to a motion is due.

Local Rule 7.1 acknowledges the propriety of a motion for an extension of time under this District's Local Rules, while providing the format for:

> (1) (J) motion for extensions of time providing the good cause supporting it is set forth in the motion;

Counsel for the Plaintiff has conferred with counsel for the Defendants, and the Defendants have consented to the Plaintiff's requested for an extension of time to a total of twenty-one (21) days, plus three days provided for service, making the Plaintiff's response due on January 8, 2016.

On December 14, 2015, the Defendants filed a motion for summary judgment pursuant to FRCP Rule 56, seeking final judgment in favor of the Defendants as a matter of law.  The quantity of work and nature of the work for a dispositive motion is greater.

The normal time for responding within fourteen (14) days, plus three (3) days for service would involve work throughout the Christmas holidays and close to New Year's eve not only for legal staff but also the Plaintiff personally.

The Plaintiff, by counsel, respectfully requests that the Court extend the time for the Plaintiff to file an opposition and accompanying memorandum of law, statement of facts, exhibits, etc., to set the deadline on January 8, 2016.

Dated: December 27, 2015                                       Respectfully Submitted,

                                                                                */s/ Larry Klayman*
Larry Klayman, Esq.
FL Bar No. 246220
The Klayman Law Firm
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, Florida 33433

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 27, 2015 a true and correct copy of the foregoing motion for extension of time was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP Suite 3000
701 Brickell Ave Miami, Florida 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP

1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com
*Attorneys for Defendants*

                              */s/ Larry Klayman*
                              Larry Klayman, Esq.