IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez-Goodman

DENNIS MONTGOMERY,

       Plaintiff,

v.

RISEN, ET AL.

       Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeffrey Scott Shapiro of the law firm of Jeffrey Scott Shapiro, P.A. at 5550 Glades Road Suite 500 Boca Raton, FL 33431, reachable at 561-961-5400, for purposes of appearance as co-counsel on behalf of Dennis L. Montgomery in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jeffrey Scott Shapiro to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jeffrey Scott Shapiro is not admitted to practice in the Southern District of Florida and is a member in good standing of The Florida Bar, The State Bar of California and the District of Columbia Bar.

    2.    Movant, Larry Klayman, Esquire, of the law firm of The Klayman Law Firm at 7050 W Palmetto Park Rd. Suite 15-287, Boca Raton, FL 33433, reachable at 310-595-0800 is a member in

good standing of the The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jeffrey Scott Shapiro has made payment of this Courts $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jeffrey Scott Shapiro, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey Scott Shapiro at email address: jeffreyscottshapiro@gmail.com.

WHEREFORE, Larry Klayman, moves this Court to enter an Order Jeffrey Scott Shapiro, to appear before this Court on behalf of Dennis L. Montgomery, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeffrey Scott Shapiro.

Date: January 7, 2015        Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
Klayman Law Firm
FL Bar No. 246220
7050 W Palmetto Park Rd. Suite 15-287
Boca Raton, FL 33433
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez-Goodman

DENNIS MONTGOMERY,

        Plaintiff,

v.

RISEN, ET AL.

        Defendants.
_____/

**CERTIFICATION OF JEFFREY SCOTT SHAPIRO**

Jeffrey Scott Shapiro, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Florida Bar, The State Bar of California and the District of Columbia Bar.

                                                  */s/ Jeffrey Scott Shapiro*
                                                  Jeffrey Scott Shapiro

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2015, a true and correct copy of the foregoing was filed and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for Defendants*

>                   */s/ Larry Klayman*
>                   Larry Klayman, Esq.

IN UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-20782-Martinez-Goodman

DENNIS MONTGOMERY,

        Plaintiff,

v.

RISEN, ET AL.

        Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear _Pro Hac Vice_ for Jeffrey Scott Shapiro, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing the Motion to Appear Pro Hac Vice, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jeffrey Scott Shapiro may appear and participate in this action on behalf of Dennis L. Montgomery. The Clerk shall provide electronic notification of all electronic filings to Jeffrey Scott Shapiro, at jeffreyscottshapiro@gmail.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

 

_____
United States District Judge

Copies furnished to: All Counsel of Record