UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-20782-CIV-MARTINEZ-GOODMAN**

DENNIS L. MONTGOMERY,
    Plaintiff,

vs.

JAMES RISEN, et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jeffrey Scott Shapiro to appear on behalf of Plaintiff [ECF No. 218]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing Jeffrey Scott Shapiro to appear on behalf of Plaintiff [ECF No. 218] is hereby **GRANTED**. Designated local counsel, Larry Klayman, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email addresses to the docket, jeffreyscottshapiro@gmail.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2016.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record