UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN et al.,

    Defendants.
_____/



FILED by _____ D.C.
JAN 11 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

**DEFENDANTS' NOTICE OF CONVENTIONAL FILING**

Defendants, pursuant to the Court's Order dated January 6, 2016 [ECF No. 217] (copy attached), hereby file the DVDs containing the video recording of Plaintiff's deposition. The information related to the court's inquiry can be found on DVD No. 3 at 13:52:20 to 14:09:25.

Dated: January 11, 2016

Respectfully submitted,

s/Sanford L. Bohrer
Sanford L. Bohrer
Florida Bar No. 160643
sbohrer@hklaw.com
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

– and –

Laura R. Handman (admitted *pro hac vice*)
laurahandman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 973-4200
Fax: (202) 973-4499
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on January 11, 2016, I filed this document with the Clerk of Court and served it with the dvds via federal express on all counsel of record identified on the Service List below.

s/Sanford L. Bohrer

## SERVICE LIST

| | |
|---|---|
| Larry Klayman<br>Klayman Law Firm<br>7050 W Palmetto Park Rd., Suite 15-287<br>Boca Raton, FL 33433<br>(310) 595-0800<br>leklayman@gmail.com<br>Attorney for Plaintiff | Jeffrey Scott Shapiro<br>Jeffrey Scott Shapiro, P.A.<br>5550 Glades Road Suite 500<br>Boca Raton, FL 33431<br>(561) 961-5400<br>jeffreyscottshapiro@gmail.com<br>Attorney for Plaintiff |

#38271716_v1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20782-CIV-MARTINEZ/GOODMAN

DENNIS L. MONTGOMERY,

    Plaintiff,

v.

JAMES RISEN, et al.,

    Defendants.

_____/

## POST-SANCTIONS HEARING ADMINISTRATIVE ORDER

On January 5, 2016, the Undersigned held a motion hearing concerning Defendants' Motion for Sanctions [ECF No. 166]. At the conclusion of the hearing, the Undersigned **ORDERED** the following:

1. Plaintiff shall,[1] by January 11, 2016, submit a list of authorities (*not* a memorandum of law) to support the view espoused at the hearing that a defamation plaintiff may prove **either** falsity **or** recklessness (and that recklessness can **substitute** for falsity). The list of authorities must show only the case citations that represent this proposition and (at most) a one-sentence summary of the holding. Defendants may, by January 13, 2016, submit a reciprocal list of authorities for the proposition that a

---

[1] If Plaintiff's counsel concludes that there is no legal authority supporting his view that a defamation plaintiff need not establish falsity if he can establish recklessness or malice by the defendant, then he shall file a succinct notice advising the Court that his position is not supportable.

defamation plaintiff must show falsity, regardless of whether recklessness is demonstrated. Defendants' reciprocal list of authorities also must show only case citations and (at most) a one-sentence summary of the holding.

2. Plaintiff shall, by January 11, 2016, file a Notice of Filing pinpointing page numbers from the transcript of the August 21, 2015 Discovery Hearing [ECF Nos. 106; 110] where Plaintiff's counsel stated that Plaintiff was not sure if he actually possessed the software at issue and/or did not know if he, in fact, had turned it over to the FBI. To the extent that Plaintiff's counsel now claims that Plaintiff merely *thought* he possessed the software and turned it over (any equivocation -- i.e., "thought," "maybe," etc.), then Plaintiff shall pinpoint those instances from the hearing transcript.

3. Defendants shall, by January 11, 2016, file the video recording of Plaintiff's deposition conventionally with the Clerk's Office. The Clerk's Office is directed to accept the video recording on behalf of the Court and to hold it in the Records Section pending further Court Order. Additionally, Defendants shall, by the same January 11, 2016 deadline, deliver courtesy copies of the video recording to the Chambers of the Undersigned and to Plaintiff's counsel.

4. Defendants shall, by January 11, 2016, file a Notice of Filing the "page-saver" version of the entire transcript of Plaintiff's deposition on CM/ECF.

**DONE AND ORDERED** in Chambers, at Miami, Florida, January 6, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Jose E. Martinez
All counsel of record

United States District Court
Southern District of Florida

Case Number: 15-CV-20782

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☒ **NOT SCANNED**

☐ Due to Poor Quality

☐ Bound Extradition Papers

☐ Photographs

☐ Surety Bond (Original <u>or</u> Letter of Understanding)

☒ CD or DVD (Court Order <u>or</u> Trial Purposes only)

☐ Other: _____

☐ **SCANNED**

☐ But Poor Quality

☐ Habeas Cases (State Court Record/Transcript)

Date: _____