UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-20782-MARTINEZ/GOODMAN

DENNIS MONTGOMERY,

    Plaintiff

vs.

JAMES RISEN, et al

    Defendants

_____

MEDIATION REPORT

Pursuant to Local Rule 16.2(f), the undersigned submits this Mediation Report.

1. A mediation occurred on January 13, 2016.

2. All required parties were present in person, by conference call, or via Skype.

3. The parties have been unable to reach a resolution and I have declared an impasse.

Respectfully Submitted

/s/ John M. Barkett_____
John M. Barkett, Mediator

cc: Counsel of Record