# Exhibit 1

**From:** james_risen
**To:** Sectec Astronomy
**Subject:** Re: Agency
**Date:** Thursday, November 01, 2012 1:07:07 PM

Hi. As you recall, we had a very long phone conversation recently where we discussed how it would be good to report on many of the things that we didn't report on previously. I would like to include all of the points that you have raised in my book, and also to write about many of these issues in the newspaper. For the newspaper, I am particularly interested in the issue of Brennan, and his emails and related documents, which you said when we last talked that you might be willing to share with me. So I am open to discussing everything with you.
Jim

On Thu, Nov 1, 2012 at 3:58 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
> You didn't answer my question:
>
> *You reported on FBI documents, as if they were accurate, when that the Judge tossed out all of the claims in their report. The FBI refused to produce any of the people in their report for examination by the court. That include Daniel Bogden, who was reinstated by Obama as the US Attorney for Nevada.*
>
> *Why did you not mention in your story Judge Cooke scathing report against the Warren Trepp, FBI, and other government officials? Judge Cooke reported that DM had his 4th admendment constituional rights violated?*
>
> How can I ever trust that you will report accurate information when your prior story was based on information provided to you by Mike Flynn my ex attorney?
>
> ---
>
> Date: Thu, 1 Nov 2012 15:21:02 -0400
>
> Subject: Re: Agency
> From: jrisen31@gmail.com
> To: theagencyinsider@hotmail.com
>
> I have tried West and Venables. I am writing a chapter in my book about all this largely because we weren't able to tell much of the story in the paper. I would like your input, and your voice in the chapter.
>
> On Thu, Nov 1, 2012 at 3:16 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
>> DM doesn't need another hachet job on him. Have you tried Agent West or Sloan Venables?
>>
>> You reported on FBI documents, as if they were accurate, when that the Judge tossed out all of the claims in their report. The FBI refused

to produce any of the people in their report for examination by the court. That include Daniel Bogden, who was reinstated by Obama as the US Attorney for Nevada.

Why did you not mention in your story Judge Cooke scathing report against the Warren Trepp, FBI, and other government officials? Judge Cooke reported that DM had his 4th admendment constituional rights violated?

This is so much you guys missed.

---

Date: Thu, 1 Nov 2012 14:54:31 -0400

Subject: Re: Agency
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

Well, I would like to write more about him and everyone else involved in my book now.

On Thu, Nov 1, 2012 at 12:51 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

> His role? He is the CEO of eTreppid. He got all of the money. Why was he not in your story?

---

> Date: Thu, 1 Nov 2012 12:36:09 -0400
>
> Subject: Re: Agency
> From: jrisen31@gmail.com
> To: theagencyinsider@hotmail.com
>
> I have tried to talk to Warren Trepp. If you have any information about his role, I would like to talk to you about it.
>
> On Thu, Nov 1, 2012 at 12:18 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
>
>> Why have you not chased the money, and contacted Warren Trepp who kept all of the money? I don't get that?
>
> ---
>
>> Date: Thu, 1 Nov 2012 11:41:01 -0400
>>
>> Subject: Re: Agency
>> From: jrisen31@gmail.com
>> To: theagencyinsider@hotmail.com

> > Both. We discussed how you have information that would be very good for a story about his involvement.
> > But I also want to talk to you more generally about your experiences and work during the war on terror.
> > On Thu, Nov 1, 2012 at 10:55 AM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
> >
> > > Is talking to me or Brennan emails what your after?
> > >
> > > What other information are you after?
> > >
> > > ---
> > >
> > > Date: Wed, 31 Oct 2012 23:25:56 -0400
> > >
> > > Subject: Re: Agency
> > > From: jrisen31@gmail.com
> > > To: theagencyinsider@hotmail.com
> > >
> > > I thought what we discussed before was really interesting, and I would like to continue our discussion. As I mentioned, I am writing about it in my book, and I would like to talk to you for that. But I would also like to talk about what you said about Brennan and the White House.
> > >
> > > On Wed, Oct 31, 2012 at 7:06 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
> > >
> > > > Regarding?  So DM get attack in another article?
> > > >
> > > > ---
> > > >
> > > > Date: Wed, 31 Oct 2012 16:47:58 -0400
> > > >
> > > > Subject: Re: Agency
> > > > From: jrisen31@gmail.com
> > > > To: theagencyinsider@hotmail.com

Hi. Can we talk?
Jim Risen

On Fri, Oct 5, 2012 at 6:51 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

> I guess you can investigate what I disclosed and then decide.
>
> Date: Fri, 5 Oct 2012 18:47:34 -0400
>
> Subject: Re: Agency
> From: jrisen31@gmail.com
>
> To: theagencyinsider@hotmail.com
>
> As I said on the phone, I protect my sources. I will never divulge the identify of my sources in a leak investigation. But I

also have to know that the source is telling me the truth.
Jim

On Fri, Oct 5, 2012 at 5:51 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

> Before documents are sent, you agree that you will protect Dennis Montgomery as a protected source. If the US Government attacks Dennis Montgomery you, and your organization will do everything possible to protect and

defend Dennis Montgomery. Agreed.

Date: Fri, 5 Oct 2012 17:32:30 -0400

Subject: Re: Agency

From: jrisen31@gmail.com

To: theagencyinsider@hotmail.com

got it, thanks

Jim Risen

On Fri, Oct 5, 2012 at 5:11 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

This is my email address…