Exhibit 9

# Redacted - A/C - work product

---------- Forwarded message ----------
From: **james risen** <jrisen31@gmail.com>
Date: Wed, Oct 31, 2012 at 11:25 PM
Subject: Re: Agency
To: Sectec Astronomy <theagencyinsider@hotmail.com>


I thought what we discussed before was really interesting, and I would like to continue our discussion. As I mentioned, I am writing about it in my book, and I would like to talk to you for that. But I would also like to talk about what you said about Brennan and the White House.


On Wed, Oct 31, 2012 at 7:06 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
Regarding?  So DM get attack in another article?

---

Date: Wed, 31 Oct 2012 16:47:58 -0400

Subject: Re: Agency
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

Hi. Can we talk?
Jim Risen


On Fri, Oct 5, 2012 at 6:51 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

I guess you can investigate what I disclosed and then decide.

---

Date: Fri, 5 Oct 2012 18:47:34 -0400

Subject: Re: Agency
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

As I said on the phone, I protect my sources. I will never divulge the identify of my sources in a leak investigation. But I also have to know that the source is telling me the truth.
Jim

On Fri, Oct 5, 2012 at 5:51 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

1

DEFS003306

Before documents are sent, you agree that you will protect Dennis Montgomery as a protected source. If the US Government attacks Dennis Montgomery you, and your organization will do everything possible to protect and defend Dennis Montgomery. Agreed.

---

Date: Fri, 5 Oct 2012 17:32:30 -0400
Subject: Re: Agency
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com


got it, thanks
Jim Risen


On Fri, Oct 5, 2012 at 5:11 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
This is my email address...

2

DEFS003307