# Exhibit 10

# Exhibit 10

Documents currently under protective order. Documents are being filed under seal subject to removal from protective order.