# Exhibit 14

> # Redacted - A/C - work product

---------- Forwarded message ----------
From: **Sectec Astronomy** <theagencyinsider@hotmail.com>
Date: Thu, Nov 15, 2012 at 9:26 AM
Subject: RE:
To: JRisen <jrisen31@gmail.com>


The issue is the State Secrets Priviledge that was filed on DM.  What doesn't the NY Times try to get either the Protective Order lifted, of get documents from the agency under FOAI? If DM goes on the record he will be prosecuted by the US GOV.

Start putting pressure on Carlie Wells and Raphael Gomez...

---

Date: Wed, 14 Nov 2012 18:40:12 -0500

Subject: Re:
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

Yes, I want to write about it in both The New York Times and my book. I need you to go on the record to do it.

On Wed, Nov 14, 2012 at 3:40 PM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
You would write about this in the newspaper, the New York Times?  Including the current work at Fort Washington under Clapper that involved using the technology developed while at eTreppid, and under contract with the CIA?  The fact that Brennan is still in the current administration and still using the technology.

This technology was designed and developed by CIA, Brennan and eTreppid to fight "the war on terrorism". Unfortunately is was, and is still being used against Americans for covert purposes. It was used to alter the 2012 presidential elections. Instead of writing about Petreaus and affair, maybe writing about technology that was used by the current administration to alter the 2012 elections would be a more important story to this country?

Haven't you ever wondered how Warren Trepp ended with a top secret clearance when the US government attempt to prosecute him for over 12 years for securities violations, during the Drexel days?

If you had a list of all the people that have been involved in these projects from 2003 to present you would be shocked.  Looking at the two candiates that are on the short list for the CIA, both were involved.

---

Date: Wed, 14 Nov 2012 12:36:12 -0500

DEFS003231

Subject: Re:
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

I would love to write about all of them. Tell me on the record about all those people and I will write it.

On Wed, Nov 14, 2012 at 11:39 AM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
You mean Mike Flynn did. He gave you the story in the first place.

What is it you really want from DM?

You don't bother to pressure the people that got the money, Trepp.

You don't bother the people that were there from the CIA, NSA, DIA, Big Safari, Fort Washington, Air Force, etc.?

You don't bother Tenet, Brennan, Clapper, Salvatori, Secretary Roche, or any of the other people that were involved in the projects, and were responsible
   for developing these technologies.

Why DM?

---

Date: Wed, 14 Nov 2012 11:28:19 -0500

Subject: Re:
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

ok. In court documents, you have said it, or suggested it

On Wed, Nov 14, 2012 at 10:53 AM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:

  DM is not say that.

---

Date: Wed, 14 Nov 2012 10:22:59 -0500
Subject: Re:
From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com


I take that as a yes.

On Wed, Nov 14, 2012 at 9:36 AM, Sectec Astronomy <theagencyinsider@hotmail.com> wrote:
Ask the people in the POC at Nellis.

---

Date: Wed, 14 Nov 2012 09:17:26 -0500
Subject:

2

DEFS003232

From: jrisen31@gmail.com
To: theagencyinsider@hotmail.com

Was information from your technology used for targeting in raids in Iraq and Afganistan?

DEFS003233