# Exhibit 17

Fran Townsend – I don't know – I hardly want to volunteer getting involved in this. This is a swamp that knows no bottom.

Counter-terrorism official

At the time we really believed we were in t he midst of a threat. It was difficult to get to the bottom. And we had

Now, do we feel like we got played? Yeah. Some were suspicious at the time, but we felt like had to take it seriously.

We understood we may have been played,, once we got passed it, we didn't have time to go back, the president was dealing with the threats at the moment. He understood we had a concern afterwards, but I can't tell you we walked him.

Its nonsense, I craziness. I can't imagine that this happened. This is nonsense, I have no memory of this.

Stupid shit walked through the door every day.

Every walk in was on a matrix that walked into the oval.

We can't have this, and – you lose confidence that the system can filter it after 9/11. There is a huge craving for detail by policy makers, and I need to understand, and so I don't blame anybody, and they wanted to be told everything.

In 2003, when I see the volume of unsub. Stuff going to oval, and wasn't until 2004, that I got promoted, you got to let me filter it and trust me, and then we begin, and to do the weekly, best of best threats, and then we

This was one brick on the scale, there was stupid shit reported to cia for a variety of reasons, that stuff happens all the time, was this biggestone, its fair to say it's the biggest one that makes it all the way through the system.



CONFIDENTIAL

DEFS002528

(Ravich is on background I have to figure out with her how to use this-- took the meeting with them only because Mr. Kemp was a friend of the Vice President and had the ability to get meetings in Mr. Cheney's office. "I don't remember how this got to me, whether Kemp called me or called someone else in the Vice President's office, but Jack Kemp was the one who arranged the meeting. He knew the vice president well, and so he could get the meeting. These people were connected somehow to Jack Kemp, whether he was in business with them, or representing them. I sat down with Kemp and a woman, and one guy, I think it was Montgomery and Edra Blixeth. They briefed me on this technology, and I said I have no way of verifying what you are telling me, so if you can get someone from the military or someone in the government who will vet this, and who will then say they have vetted this and this is real, then we can meet again. That's how we left it. But after that, no one ever called me from anywhere in the military or the government to verify it.

They described the technology just the way you just described it (the Al Jazeera news crawl detection) They said they had this fantastical thing, some software or device that could read newscrawls and whatever was being broadcast and could decode secret messages sent out, either from the video or audio.

I think they contacted me again, and wanted to meet again. They wanted a meeting with Vice President Cheney. But I said I'm not going to push this forward without someone in the government verifying this technology. They wanted a meeting with Cheney

They met me at EOB. The only reason we met was because Kemp was with them.

I don't recall any other participants in any of this. I never met with Sen. Conrad Burns about this.)

CONFIDENTIAL

DEFS002529

That location was the entrance to the main TUBE subway in London

Best regards, Tim Blixseth.

- Hide quoted text -

On Oct 3, 2011, at 4:22 PM, james risen <jrisen31@gmail.com> wrote:

great. the Hippadrome?
what's that?
On Mon, Oct 3, 2011 at 7:19 PM, Tim Blixseth <timblixseth@aol.com> wrote:

Jim, they were as follows,

NY nuclear plant

CA nuclear plant down I-5

The US pentagon

Several locations in Bagdad

Several locations in Afghanistan , some in remote mountainous villages and some in cities

Kabul

The US embassy in London

The main oil tank farm in Saudi

Major oil storage facility in Houston.


ALL supposedly from AJ TV.

CONFIDENTIAL

DEFS002530