IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DENNIS L. MONTGOMERY

        Plaintiff,

v.

JAMES RISEN, ET AL.,

        Defendants.

Civil Action No. 1:15-cv-20782-JEM

**NOTICE AND CONSENT MOTION TO WITHDRAW**

The undersigned counsel Jeffrey Scott Shapiro having previously entered his appearance in this case moves to withdraw and the Plaintiff and the undersigned counsel consent to this withdrawal.

Mr. Shapiro has just learned that he has significant other legal commitments and will not be able to devote the necessary time to participate as counsel. He is an investigative reporter, as well as an attorney, for <u>The Washington Times</u> and is being called away on assignment.

Please also note that previously the clerk inadvertently listed him as lead counsel which is incorrect.

WHEREFORE Mr. Shapiro is withdrawing as counsel.

        Respectfully submitted,

        */s/ Jeffrey Shapiro*
        Mr. Jeffrey Scott Shapiro, Esq.
        Jeffrey Scott Shapiro, P.A.
        5550 Glades Road, Suite 500
        Boca Raton, Florida 33431
        Telephone: (561) 961-5400
        Email: jeffreyscottshapiro@gmail.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this January 15, 2016 a true and correct copy of the foregoing Motion to Withdraw was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

    Mr. Sanford Lewis Bohrer, Esq.
    Mr. Brian Toth, Esq.
    Holland & Knight, LLP
    701 Brickell Avenue, Suite 3000
    Miami, Florida 33131
    Email: sbohrer@hklaw.com
    Email: brian.toth@hklaw.com

    Ms. Laura R. Handman, Esq.
    Ms. Micah Ratner, Esq.
    Davis Wright Tremaine LLP
    1919 Pennsylvania Ave., N.W., Suite 800
    Washington D.C. 20006-3401
    Email: laurahandman@dwt.com
    Email: MicahRatner@dwt.com
    *Attorneys for Defendants*

            */s/ Larry Klayman*
            Larry Klayman, Esq.